

Working in your best interest.™

November 18, 2005

Chief Justice Joseph Watt
Oklahoma Supreme Court
2300 North Lincoln Boulevard
Oklahoma City, OK 73105

Your Honor:

Arvest Trust Company, N.A., Asset Management has been nominated by a friend of the court, A. Ladd Larson, to serve as custodian for the Oklahoma Supreme Court of the assets, real and liquid, held in the Frank A. & Lorice T. Wallace Trusts as well as the 1974 Irrevocable Trust Assets for their four children.

We would serve as the Court appointed Receiver/Temporary Trustee for the aforementioned trusts. The assets to be marshaled should be itemized for inventory purposes and ARVEST would obtain possession of the assets **after** Dana Cole & Co., a certified public accounting firm, which will have executed documents accepting such nomination to conduct an accounting and audit. Such accounting and audit should commence immediately.

ARVEST would request confirmation of its total immunity in serving as custodian under said nomination. Enclosed please find ARVEST's Qualification documentation to affirm ARVEST's capacity to serve as an independent custodian.

Very truly,

B. Dean Hudgeons
Senior Vice President & Location Manager
Arvest Trust Company, N.A.

Enclosures

06 0402

EXHIBIT A

FILED
MAR - 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT