## UNITED STATES DISTRICT COURT
### District of Columbia

Stephen P. Wallace

SUMMONS IN A CIVIL CASE

V.

Ronald J. Saffa, James C. Milton,
James E. Poe Trust Co. of Oklahoma
, its shareholders and directors

CASE NUMBER 1:06CV00402

JUDGE: Reggie B. Walton

DECK TYPE: Civil Rights (non-employ)

DATE STAMP: 03/06/2006

TO: (Name and address of Defendant)

James E. Poe
111 W. 5th #740
Tulsa, Ok. 74103

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF ~~(name)~~ (name and address)

Stephen P. Wallace
6528 E. 101st Dr #304
Tulsa, Ok. 74133

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

MAR - 6 2006
DATE

M. Higgins
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | June 30, 2006 |
| NAME OF SERVER (PRINT) Stephen P. Wallace | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): US Postal Service Confirmation Delivery

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 1, 2006
Date

Signature of Server: Stephen P. Wallace

Address of Server: 6528 E. 101st, D-1 #304
Tulsa, OK. 74133

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**UNITED STATES POSTAL SERVICE®**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: 0306 0320 0002 7782 9313
Detailed Results:

- Delivered, June 30, 2006, 9:23 am, TULSA, OK 74103
- Arrival at Unit, June 30, 2006, 7:46 am, TULSA, OK 74103
- Acceptance, June 29, 2006, 1:12 pm, TULSA, OK 74135

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

POSTAL INSPECTORS    site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



James Poe

**U.S. Postal Service™ Delivery Confirmation™ Receipt**