# UNITED STATES DISTRICT COURT
## District of Columbia

Stephen P. Wallace

**SUMMONS IN A CIVIL CASE**

V.

Ronald J. Saffa, James C. Milton, James E. Poe, Trust Co. of Oklahoma, its shareholders and directors

CASE NUMBER 1:06CV00402

JUDGE: Reggie B. Walton

DECK TYPE: Civil Rights (non-employme

DATE STAMP: 03/06/2006

TO: (Name and address of Defendant)

James C. Milton
320 S. Boston #500
Tulsa, Ok. 74103

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF ~~ATTORNEY~~ pro se (name and address)

Stephen P. Wallace
6528 E. 101st D-1 #304
Tulsa, Ok. 74133

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          MAR - 6 2006
CLERK                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | June 30, 2006 |
| NAME OF SERVER (PRINT) Stephen P. Wallace | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _US Postal Service Confirmation Delivery_

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _July 1, 2006_    _Stephen P. Wallace_
            Date                Signature of Server

_6528 E. 101st, D-1 #304_
Address of Server
_Tulsa, Ok. 74133_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Page 1 of 1

Home | Help

**Track & Confirm**

# Track & Confirm

## Search Results

Label/Receipt Number: 0306 0320 0002 7782 9337
Detailed Results:
- Delivered, June 30, 2006, 7:10 am, TULSA, OK 74103
- Acceptance, June 29, 2006, 1:16 pm, TULSA, OK 74135

(< Back)   (Return to USPS.com Home >)

**Track & Confirm**

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. (Go >)

POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust        Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do                                7/1/2006