AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Stephen P. Wallace

**SUMMONS IN A CIVIL CASE**

V.

Ronald J. Saffa, James C Milton, James E. Poe, Trust Co. of Oklahoma, its shareholders and directors

CASE NUMBER 1:06CV00402

JUDGE: Reggie B. Walton

DECK TYPE: Civil Rights (non-employme

DATE STAMP: 03/06/2006

TO: (Name and address of Defendant)

Ronald J. Saffa
3501 S. Yale Avenue
Tulsa, OK. 74133

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF ~~ATTORNEY~~ PRO SE (name and address)

Stephen P. Wallace
6528 E. 101st Dr #304
Tulsa, OK. 74133

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          MAR - 6 2006
CLERK                                DATE

_M. Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | June 30, 2006 |
| NAME OF SERVER (PRINT) Stephen P. Wallace | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify):  US Postal Service Confirmation Delivery

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   July 1, 2006            *Stephen P. Wallace*
　　　　　　　　Date　　　　　　　　Signature of Server

　　　　　　　　6528 E. 101st D-1 #304
　　　　　　　　Address of Server
　　　　　　　　Tulsa, Ok. 74133

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**UNITED STATES POSTAL SERVICE®**

Home | Help

Track & Confirm

# Track & Confirm

**Search Results**

Label/Receipt Number: 0306 0320 0002 7782 9306
Detailed Results:

- Delivered, June 30, 2006, 10:40 am, TULSA, OK 74135
- Acceptance, June 29, 2006, 1:11 pm, TULSA, OK 74135

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.
Article Sent To: (to be completed by mailer)

DELIVERY CONFIRMATION NUMBER: 0306 0320 0002 7782 9306

Ronald [illegible]
3501 [illegible] Avenue
Tulsa, OK 74135

Postmark Here: TULSA OK SHERIDAN JUN 29 2006 USPS

POSTAL CUSTOMER:
Keep this receipt. For inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☑ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel
(See Reverse)

PS Form 152, May 2002

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do    7/1/2006