AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Stephen P. Wallace

**SUMMONS IN A CIVIL CASE**

V.

Ronald J. Saffa, James C. Milton, James E. Poe, Trust Co. of Oklahoma, its shareholders and directors

CASE NUMBER 1:06CV00402

JUDGE: Reggie B. Walton

DECK TYPE: Civil Rights (non-employ

DATE STAMP: 03/06/2006

TO: (Name and address of Defendant)

Trust Co. of Oklahoma
5727 S. Lewis Avenue
Tulsa, Ok. 74105

Serve: Tom Wilkins, President

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' pro se (name and address)

Stephen P. Wallace
6528 E. 101st Dr #304
Tulsa, Ok. 74133

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

MAR - 6 2006
DATE

(By) DEPUTY CLERK

RECEIVED
JUL 10 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | July 3, 2006 |
| NAME OF SERVER (PRINT)  Stephen P. Wallace | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): US Postal Service Confirmation Delivery

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 7, 2006         *Stephen P. Wallace*
                Date                  Signature of Server

6528 E. 101st D-1 #304
Address of Server
Tulsa, Okla. 74133

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



UNITED STATES
POSTAL SERVICE®

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: 0306 0320 0002 7782 9290
Detailed Results:

- Delivered, July 03, 2006, 1:49 pm, TULSA, OK 74136
- Undeliverable as Addressed, June 30, 2006, 9:19 am, TULSA, OK 74105
- Arrival at Unit, June 30, 2006, 8:00 am, TULSA, OK 74136
- Enroute, June 29, 2006, 3:35 pm, TULSA, OK 74141
- Acceptance, June 29, 2006, 1:14 pm, TULSA, OK 74135

**Track & Confirm**
Enter Label/Receipt Number.

( < Back )    ( Return to USPS.com Home > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do                 7/5/2006