## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| *Erroneous caption appearing on removal Papers filed by Mr. Wallace:* ) ) ) | |
| STEPHEN P. WALLACE, an individual, ) ) | Case No. 1:06CV00402 |
| Plaintiff, ) | Honorable Reggie B. Walton |
| v. ) ) | |
| Ronald J. Saffa ) 6746 South 72nd East Ave. ) Tulsa, Oklahoma  74133 ) ) | |
| And ) ) | |
| James C. Milton ) 220 E. 20th St. ) Tulsa, Oklahoma  74119 ) ) | |
| And ) ) | |
| James E. Poe ) 5808 East 63rd St. ) Tulsa, Oklahoma  74136 ) ) | |
| And ) ) | |
| The Trust Company of Oklahoma ) 6120 S. Yale, Ste. 1900 ) Tulsa, Oklahoma  74136 ) Defendants. ) | |

| | |
|---|---|
| *Caption of the removed action:* ) | |
| ) | |
| In re: The Lorice T. Wallace Revocable Trust ) | Supreme Court Case No. 101511 |
| dated December 26, 1974, as restated effective ) | |
| October 5, 1993 and as amended on February ) | Appeal from Judgment and Sentence |
| 12, 1998, the Lorice T. Wallace Irrevocable ) | entered in collateral indirect civil |
| Trust dated February 8, 1996, and the Lorice T. ) | contempt proceedings within |
| Wallace Irrevocable Trust dated September 11, ) | Tulsa County Case No PT-2002-56 |
| 1992, also known as the Lorice T. Wallace Life ) | |
| Insurance Trust, and the Lisa Frances Wallace ) | Indirect civil contempt of court |
| Discretionary Spendthrift Trust. ) | |
| ) | |
| Ronald J. Saffa and The Trust Company of ) | |
| Oklahoma, ) | |
|    Petitioners-Appellees, ) | |
| ) | |
| vs. ) | |
| ) | |
| Stephen P. Wallace ) | |
| ) | |
|    Respondent-Appellant ) | |

**DEFENDANTS' MOTION FOR
EXTENSION OF TIME AND MEMORANDUM IN SUPPORT THEREOF**

    Defendants Ronald J. Saffa, James C. Milton, James E. Poe, and the Trust Company of Oklahoma and its shareholders and directors, (the "Defendants") by counsel, pursuant to Rule 6(b), Federal Rules of Civil Procedure, respectfully move the Court to enlarge the time within which they must serve an answer, motion or other pleading in response to the "Complaint" filed by Stephen P. Wallace ("Wallace") in this matter, through and including August 3, 2006. In support of this Motion, the Defendants state:

    (1)    The Complaint and Summons were served on Mr. Poe, Mr. Saffa, and Mr. Milton on or about June 30, 2003. The Complaint and Summons were served on the Trust Company of Oklahoma on or about July 3, 2006. Although service of process is defective, none of the Defendants intend to raise that defense; thus the individual defendants are arguably required to respond to the Complaint, in accordance with Rule 12 or otherwise, on July 20, 2006; and the

2

Trust Company of Oklahoma on July 24, 2006. Accordingly, the time for serving an answer, motion or other pleading in response to the Complaint has not yet expired.

(2)    The Plaintiff has since filed an amended Complaint adding additional parties defendant to this action.

(3)    Counsel for these Defendants needs additional time to prepare and serve an answer, motion or other pleading in response to the Complaint.

(3)    Counsel for these Defendants attempted to obtain the consent of the Plaintiff, but Plaintiff is not represented by counsel and has customarily declined to accept telephonic communication from the Defendants and their counsel.

(4)    Enlarging the time for these Defendants to respond to the Complaint until August 3, 2006, will have no material, adverse affect on any party or on the expeditious disposition of this case.

WHEREFORE, the defendants Ronald J. Saffa, James C. Milton, James E. Poe, and the Trust Company of Oklahoma, pray that the Court enter an Order enlarging the time within which it may serve an answer, motion or other pleadings in response to the Complaint through and including August 3, 2006.

RONALD J. SAFFA, JAMES C. MILTON,
JAMES E. POE AND THE TRUST COMPANY
OF OKLAHOMA
By Counsel

LECLAIR RYAN, A Professional Corporation

By: _____/s/_____

Jennifer L. Sarvadi (D.C. Bar No. 490475)
225 Reinekers Lane, Suite 700
Alexandria, VA 22314
703-684-8007
703-684-8075 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July, 2006, a true and correct copy of the foregoing was sent by first-class, postage-prepaid, U.S. mail to:

Stephen E. Wallace
6528 E. 101st Street, D-1 #304
Tulsa, Oklahoma  74133
*Pro Se*

/s/
Counsel