## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| *Erroneous caption appearing on removal*<br>*Papers filed by Mr. Wallace:* | )<br>)<br>) | |
| STEPHEN P. WALLACE, an individual, | )<br>) | Case No. 1:06CV00402<br>Honorable Reggie B. Walton |
| Plaintiff, | ) | |
| v. | )<br>) | |
| Ronald J. Saffa<br>6746 South 72nd East Ave.<br>Tulsa, Oklahoma  74133 | )<br>)<br>)<br>) | |
| And | )<br>) | |
| James C. Milton<br>220 E. 20th St.<br>Tulsa, Oklahoma  74119 | )<br>)<br>)<br>) | |
| And | )<br>) | |
| James E. Poe<br>5808 East 63rd St.<br>Tulsa, Oklahoma  74136 | )<br>)<br>)<br>) | |
| And | )<br>) | |
| The Trust Company of Oklahoma<br>6120 S. Yale, Ste. 1900<br>Tulsa, Oklahoma  74136 | )<br>)<br>)<br>) | |
| Defendants. | ) | |

| | |
|---|---|
| *Caption of the removed action:* ) | |
| ) | |
| In re: The Lorice T. Wallace Revocable Trust ) | Supreme Court Case No. 101511 |
| dated December 26, 1974, as restated effective ) | |
| October 5, 1993 and as amended on February ) | Appeal from Judgment and Sentence |
| 12, 1998, the Lorice T. Wallace Irrevocable ) | entered in collateral indirect civil |
| Trust dated February 8, 1996, and the Lorice T. ) | contempt proceedings within |
| Wallace Irrevocable Trust dated September 11, ) | Tulsa County Case No PT-2002-56 |
| 1992, also known as the Lorice T. Wallace Life ) | |
| Insurance Trust, and the Lisa Frances Wallace ) | Indirect civil contempt of court |
| Discretionary Spendthrift Trust. ) | |
| ) | |
| Ronald J. Saffa and The Trust Company of ) | |
| Oklahoma, ) | |
|     Petitioners-Appellees, ) | |
| ) | |
| vs. ) | |
| ) | |
| Stephen P. Wallace ) | |
| ) | |
|     Respondent-Appellant ) | |

## ORDER

On motion of Ronald J. Saffa, James C. Milton, James E. Poe, and the Trust Company of Oklahoma and its shareholders and directors, by counsel, pursuant to Rule 6(b), Federal Rules of Civil Procedure, and the Court deeming just and proper so to do,

It is ORDERED that the time within which the Defendants may file their answer, motion or other pleadings in response to the Complaint, be and the same is hereby, extended through and including August 3, 2006.

Entered:        /        /

_____

UNITED STATES DISTRICT JUDGE

Copies to:

Jennifer L. Sarvadi  (D.C. Bar No. 490475)
225 Reinekers Lane, Suite 700
Alexandria, VA 22314
703-684-8007
703-684-8075 (facsimile)
*Counsel for Defendants*

Stephen E. Wallace
6528 E. 101st Street, D-1 #304
Tulsa, Oklahoma  74133
*Pro Se*