**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| *Erroneous caption appearing on removal* )<br>*Papers filed by Mr. Wallace:* )<br> ) | |
| STEPHEN P. WALLACE, an individual, ) | Case No. 1:06CV00402 |
|  ) | Honorable Reggie B. Walton |
| Plaintiff, ) | |
| v. ) | |
|  ) | |
| Ronald J. Saffa ) | |
| 6746 South 72nd East Ave. ) | |
| Tulsa, Oklahoma  74133 ) | |
|  ) | |
| And ) | |
|  ) | |
| James C. Milton ) | |
| 220 E. 20th St. ) | |
| Tulsa, Oklahoma  74119 ) | |
|  ) | |
| And ) | |
|  ) | |
| James E. Poe ) | |
| 5808 East 63rd St. ) | |
| Tulsa, Oklahoma  74136 ) | |
|  ) | |
| And ) | |
|  ) | |
| The Trust Company of Oklahoma ) | |
| 6120 S. Yale, Ste. 1900 ) | |
| Tulsa, Oklahoma  74136 ) | |
|  ) | |
| Defendants. ) | |

| | |
|---|---|
| *Caption of the removed action:* ) | |
| ) | |
| In re: The Lorice T. Wallace Revocable Trust ) | Supreme Court Case No. 101511 |
| dated December 26, 1974, as restated effective ) | |
| October 5, 1993 and as amended on February ) | Appeal from Judgment and Sentence |
| 12, 1998, the Lorice T. Wallace Irrevocable ) | entered in collateral indirect civil |
| Trust dated February 8, 1996, and the Lorice T. ) | contempt proceedings within |
| Wallace Irrevocable Trust dated September 11, ) | Tulsa County Case No PT-2002-56 |
| 1992, also known as the Lorice T. Wallace Life ) | |
| Insurance Trust, and the Lisa Frances Wallace ) | Indirect civil contempt of court |
| Discretionary Spendthrift Trust. ) | |
| ) | |
| Ronald J. Saffa and The Trust Company of ) | |
| Oklahoma, ) | |
|    Petitioners-Appellees, ) | |
| ) | |
| vs. ) | |
| ) | |
| Stephen P. Wallace ) | |
| ) | |
|    Respondent-Appellant ) | |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

The Trust Company of Oklahoma, denominated in the initial pleading as a Defendant herein, respectfully submits this certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for The Trust Company of Oklahoma, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of The Trust Company of Oklahoma which have any outstanding securities in the hands of the public.

   <u>None.</u>

These representations are made in order that judges of this court may determine the need for recusal.

                    RONALD J. SAFFA, JAMES C. MILTON,
                    JAMES E. POE AND THE TRUST COMPANY
                    OF OKLAHOMA
                    By Counsel

LECLAIR RYAN, A Professional Corporation

By: _____/s/_____

Jennifer L. Sarvadi (D.C. Bar No. 490475)
225 Reinekers Lane, Suite 700
Alexandria, VA 22314
703-684-8007
703-684-8075 (facsimile)


## CERTIFICATE OF SERVICE

    I hereby certify that on this 20th day of July, 2006, a true and correct copy of the foregoing was sent by first-class, postage-prepaid, U.S. mail to:

                Stephen E. Wallace
                6528 E. 101st Street, D-1 #304
                Tulsa, Oklahoma  74133
                *Pro Se*

                _____/s/_____
                          Counsel