## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| *Erroneous caption appearing on removal*<br>*Papers filed by Mr. Wallace:* | )<br>)<br>**)** | |
| STEPHEN P. WALLACE, an individual, | )<br>) | Case No. 1:06CV00402<br>Honorable Reggie B. Walton |
| Plaintiff, | ) | |
| v. | )<br>) | |
| Ronald J. Saffa<br>6746 South 72nd East Ave.<br>Tulsa, Oklahoma 74133 | )<br>)<br>)<br>) | |
| And | )<br>) | |
| James C. Milton<br>220 E. 20th St.<br>Tulsa, Oklahoma 74119 | )<br>)<br>)<br>) | |
| And | )<br>) | |
| James E. Poe<br>5808 East 63rd St.<br>Tulsa, Oklahoma 74136 | )<br>)<br>)<br>) | |
| And | )<br>) | |
| The Trust Company of Oklahoma<br>6120 S. Yale, Ste. 1900<br>Tulsa, Oklahoma 74136<br>Defendants. | )<br>)<br>)<br>) | |

| | |
|---|---|
| *Caption of the removed action:* ) | |
| ) | |
| In re: The Lorice T. Wallace Revocable Trust ) | Supreme Court Case No. 101511 |
| dated December 26, 1974, as restated effective ) | |
| October 5, 1993 and as amended on February ) | Appeal from Judgment and Sentence |
| 12, 1998, the Lorice T. Wallace Irrevocable ) | entered in collateral indirect civil |
| Trust dated February 8, 1996, and the Lorice T. ) | contempt proceedings within |
| Wallace Irrevocable Trust dated September 11, ) | Tulsa County Case No PT-2002-56 |
| 1992, also known as the Lorice T. Wallace Life ) | |
| Insurance Trust, and the Lisa Frances Wallace ) | Indirect civil contempt of court |
| Discretionary Spendthrift Trust. ) | |
| ) | |
| Ronald J. Saffa and The Trust Company of ) | |
| Oklahoma, ) | |
|     Petitioners-Appellees, ) | |
| ) | |
| vs. ) | |
| ) | |
| Stephen P. Wallace ) | |
| ) | |
|     Respondent-Appellant ) | |

**DEFENDANTS' MOTION FOR
EXTENSION OF TIME AND MEMORANDUM IN SUPPORT THEREOF**

Defendants Ronald J. Saffa, James C. Milton, James E. Poe, and the Trust Company of Oklahoma and its shareholders and directors, (the "Defendants") by counsel, pursuant to Rule 6(b), Federal Rules of Civil Procedure, respectfully move the Court to enlarge the time within which they must serve an answer, motion or other pleading in response to the "Complaint" filed by Stephen P. Wallace ("Wallace ") in this matter, through and including August 10, 2006. In support of this Motion, the Defendants state:

    (1)    The Complaint and Summons were served on Mr. Poe, Mr. Saffa, and Mr. Milton on or about June 30, 2003. The Complaint and Summons were served on the Trust Company of Oklahoma on or about July 3, 2006. Although service of process is defective, none of the Defendants intend to raise that defense; thus the individual defendants were arguably required to

2

respond to the Complaint, in accordance with Rule 12 or otherwise, on July 20, 2006; and the Trust Company of Oklahoma on July 24, 2006.

(3)     On July 20, 2006, Defendants moved this Court for an enlargement of time in which to file an answer, motion or other pleading, which motion was granted by this Court on July 24, 2006.

(4)     The Plaintiff in this case filed a "Complaint" purporting to remove an action from the Oklahoma state court and seeking injunctive relief against the Oklahoma Supreme Court. Additionally, Plaintiff has filed a number of other actions in various courts. As a result, counsel for these Defendants needs additional time to investigate the nature of these various actions and the present case, in order to prepare and serve an answer, motion or other pleading in response to the Complaint and/or the purported Notice of Removal.

(5)     Counsel for these Defendants attempted to obtain the consent of the Plaintiff, but was unable to reach him. The Plaintiff is not represented by counsel and has customarily declined to accept telephonic communication from the Defendants and their counsel.

(6)     Enlarging the time for these Defendants to respond to the Complaint until August 10, 2006, will have no material, adverse affect on any party or on the expeditious disposition of this case.

WHEREFORE, the defendants Ronald J. Saffa, James C. Milton, James E. Poe, and the Trust Company of Oklahoma, pray that the Court enter an Order enlarging the time within which it may serve an answer, motion or other pleadings in response to the Complaint through and including August 10, 2006.

        RONALD J. SAFFA, JAMES C. MILTON,
        JAMES E. POE AND THE TRUST COMPANY
        OF OKLAHOMA
        By Counsel

LECLAIR RYAN, A Professional Corporation

By: _____/s/_____

Jennifer L. Sarvadi  (D.C. Bar No. 490475)
225 Reinekers Lane, Suite 700
Alexandria, VA 22314
703-684-8007
703-684-8075 (facsimile)

## CERTIFICATE OF SERVICE

    I hereby certify that on this 3rd day of August, 2006, a true and correct copy of the foregoing was sent by first-class, postage-prepaid, U.S. mail to:

        Stephen E. Wallace
        6528 E. 101st Street, D-1 #304
        Tulsa, Oklahoma  74133
        *Pro Se*

        _____
        Counsel