# Exhibit "B"

# May 27, 2004 Application for Citation for Contempt, filed in Case No. PT-2002-56, in the District Court of Tulsa County, State of Oklahoma



IN THE DISTRICT COURT OF TULSA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| In re: | ) |
| THE LORICE T. WALLACE | ) No. PT-2002-56 |
| REVOCABLE TRUST DATED | ) |
| DECEMBER 26, 1974, AS RESTATED | ) Hon. Gregory K. Frizzell |
| EFFECTIVE OCTOBER 5, 1993 AND AS | ) |
| AS AMENDED ON FEBRUARY 12, 1998, | ) |
| THE LORICE T. WALLACE | ) |
| IRREVOCABLE TRUST DATED | ) |
| FEBRUARY 8, 1996, AND THE LORICE | ) |
| T. WALLACE IRREVOCABLE TRUST | ) |
| DATED SEPTEMBER 11, 1992, ALSO | ) |
| KNOWN AS THE LORICE T. WALLACE | ) |
| LIFE INSURANCE TRUST, | ) |

DISTRICT COURT
FILED
MAY 27 2004
SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

## APPLICATION FOR CITATION FOR CONTEMPT

The Petitioners herein by and through Ronald J. Saffa, Co-Trustee, apply to the Court for a citation for contempt to interested party hereto, Stephen P. Wallace for the following reasons, namely:

1. The Co-Trustees herein filed a motion for temporary restraining order and preliminary and permanent injunction on March 26, 2004, seeking certain orders of restraint against Stephen P. Wallace and specific notice of hearing was provided to Stephen P. Wallace as reflected by notice and certificate of mailing and verification subsequently filed March 29, 2004, with hearing set for April 2, 2004. On said date Stephen P. Wallace appeared and the motion hearing was expressly continued to April 16, 2004, however, on that date, Wallace did not appear. After evidentiary hearing the Court did rule that temporary restraining order be issued against Wallace, the specifics being set forth in detailed order filed April 21, 2004. As reflected by affidavit of service/mailing also filed April 21, 2004, said temporary restraining order was served upon Stephen P. Wallace. The temporary restraining order is similarly incorporated herein by reference.

2. Particularly, the said order provided:

"... you Stephen P. Wallace, individually or in any other purported *pro se* or representative capacity on behalf of any other person or entity are hereby restrained, enjoined and prohibited from filing lawsuits or commencing legal proceedings of any kind, in any court or jurisdiction except this court, based upon any allegations of acts, events, transactions or circumstances in any manner related to or concerning the trusts or the trustees, in any capacity."

3. With full notice of the aforesaid proceedings and order, said Stephen P. Wallace did nevertheless on April 30, 2004 commence another lawsuit or legal proceeding in the United States District Court for the District of Columbia under Case No. 1:04CV00713 purporting to name approximately 116 persons, entities, courts, judges, lawyers and individuals, including the Trustees herein and again concerning alleged actions pertaining to the Wallace Family Estate. A copy of the lawsuit complaint is hereto attached as Exhibit A.

4. The filing of this complaint is in clear violation of this Court's said April 21st restraining order and constitutes an indirect contempt of Court for which Stephen P. Wallace should now be cited and after opportunity for hearing be sanctioned for contempt of Court in accordance with statutory provisions and legal proceedings.

WHEREFORE, Co-Trustees formally move the Court to issue an order for citation to Stephen P. Wallace to appear and show cause why he should not be punished for contempt of Court.

Dated this 26 day of May, 2004.

JAMES E. POE, OBA #7198
Covington & Poe
111 West 5th, Suite 740

Tulsa, Oklahoma 74103
(918) 585-5531

Attorney for Ronald J. Saffa

Joined by

JAMES C. MILTON, OBA #
320 South Boston, Suite 500
Tulsa, Oklahoma 74103
(918) 582-1211

Attorneys for Trust Company of Oklahoma

## VERIFICATION

STATE OF OKLAHOMA    )
                     )ss.
COUNTY OF TULSA      )

    Ronald J. Saffa, of lawful age, being duly sworn upon oath states: he is a Co-Trustee along with Trust Company of Oklahoma in the proceedings above styled and executes this verification on the basis of personal knowledge and on behalf of the Co-Trustees; he has read the foregoing Application for Citation for Contempt and the matters therein set forth are true and correct.

_____
RONALD J. SAFFA

Subscribed and sworn to before me this ____ day of May, 2004.

_____
NOTARY PUBLIC

My Commission Expires
August 2, 2004

### CERTIFICATE OF MAILING

A true and correct copy of the above and foregoing has been mailed to Mary Roma Wallace Jage, 1153 Overton Court, Naperville, Illinois 60540; and Stephen P. Wallace, 6528 East 101st, D-1 #304, Tulsa, Oklahoma 74133; Patricia Wallace Hastings, 2934 East 73rd Place, Tulsa, Oklahoma 74136; William R. Grimm, 610 South Main, Suite 300, Tulsa, Oklahoma 74119; Kenneth Crump, Jr., 401 South Boulder Ave., 3300 Mid-Continent Tower, Tulsa, Oklahoma 74103; and James C. Milton, 320 South Boston, Suite 500, Tulsa, Oklahoma 74103, this 26 day of May, 2004, with proper postage thereon fully prepaid.

JAMES E. POE, OBA #7198
Covington & Poe
111 West 5th, Suite 740
Tulsa, Oklahoma 74103
(918) 585-5531-phone
(918) 585-5530-fax

Attorney for Ronald J. Saffa
  Co-Trustee

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

LISA F. WALLACE, a developmentally disabled person, )
by and through her next friend, STEPHEN P. WALLACE; )
STEPHEN P. WALLACE, Executor of the Frank A. )
and Lorice T. Wallace Trusts of 1974, as Amended; )
STEPHEN P. WALLACE, Co-Trustee of the Lisa F. Wallace )
Irrevocable Trust and Trustee of the Stephen P. Wallace )
Irrevocable Trusts of 1974 and 1976; and all United States )
Citizens, Taxpayers, and Voters similarly situated; )

Pauperis/Pro Se Plaintiffs,

V.

Department of Human Services; Internal Revenue Service; )
Administrative Office of the United States Courts; )
Office of the United States Trustee; LAWRENCE )
FRIEDMAN, individually; United States Army Corps of )
Engineers; American Trial Lawyers Association; )
JOHN ASHCROFT, in his official and individual capacity; )
Comptroller of the Currency; BankOne, N.A.; )
JAMES DIMON, individually; EDWARD KELLER, )
individually; MARK CLEMONS, individually; )
DOUGLAS SHERRY, individually; GREGG STEVENS, )
individually; Jones, Givens, Gotcher & Bogan, P.C.; )
JAMES WEGER, individually; United States District Court )
for the Northern District of Oklahoma; United States Bankruptcy )
Court for the Northern District of Oklahoma; )
TERRANCE MICHAEL, individually; SVEN HOLMES, )
individually; JAMES ELLISON, individually; DALE COOK, )
individually; FRANK McCARTHY, individually; SAM JOYNER, )
individually; BEN VASQUEZ, individually; OPAL CARTER, )
individually; Tenth Circuit Court of Appeals; )
United States District Court for the Western District of Oklahoma; )
United States Bankruptcy Court for the Western District of )
Oklahoma; ROBIN CAUTHRON, individually; )
JOHN TeSELLE, individually; MICHAEL KIRSCHNER, )
individually; MICHAEL FREEMAN, individually; )
DAVID O'MEILIA, individually; )
PAUL KILLIAN, JR., individually; TIM HARRIS, individually; )
DREW EDMONDSON, individually; DAVID FIST, individually; )
Morrell, West, Saffa, Craig & Hicks, P.C.; REECE MORRELL, )
individually; RONALD SAFFA, individually; MARK CRAIG, )

RECEIVED
APR [ ] 2004

FILED
APR 30 2004
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER 1:04CV00713
JUDGE: Ellen Segal Huvelle
DECK TYPE: Civil Rights (non-employment)
DATE STAMP: 04/30/2004

JURY ACTION

JURY TRIAL
DEMANDED

COUNTS for Violation of
Title 42 U.S.C. § 1983 and
Title 42 U.S.C. § 1985
Deprivation of Rights &
Liberty

COUNTS for Violation of
Title 18 U.S.C. § 2381
Treason

COUNTS for Violation of
Title 18 U.S.C. § 1506
Theft or alteration of record
or process

COUNTS for Violation of
Title 28 § 955
Practice of law restricted and
CLERKS MANUAL,
CHAPTER 1 § 1.02 c.

COUNTS for Violation of
Title 18 U.S.C. § 241
Conspiracy


EXHIBIT A

| | |
|---|---|
| individually; JAMES HICKS, individually;<br>DANNY WILLIAMS, individually; LEE LEVINSON,<br>individually; JAMES POE, individually;<br>Doerner, Saunders, Daniel & Anderson, P.C.;<br>JAMES MILTON, individually; JAMES GOODPASTER,<br>individually; T. JACK LYONS, individually;<br>J. PATRICK CARTER, individually;<br>WILLIAM KELLOUGH, individually;<br>Boone Smith, Davis, Hurst & Dickman, P.C.; MALINDA<br>MARTIN, individually; Poe & Associates, Inc.;<br>ROBERT POE, individually;<br>JOE PITTS, individually; GEORGE SAFFA,<br>individually; JOE WILLIAMS, individually; L.C. NEEL,<br>individually; PHIL FRAZIER, individually;<br>PAUL GIEHM, individually; PAUL MINDEMAN,<br>individually; TOM WILKINS, individually;<br>CAROL HANSON, individually;<br>MAURA ROBERTSON, individually;<br>Bank of America, N.A.; MICHAEL HALL, individually;<br>MIKE BARTEL, individually; FARRIS SAFFA, Sr., individually;<br>FARRIS SAFFA, JR, individually; ANNE SAFFA,<br>individually; TAD MATHEWS, individually;<br>Guaranty Abstract Company; JACK KIRKPATRICK, individually;<br>ROBERT LORTON, individually;<br>PATRICIA BULLOCK, individually;<br>PHIL KIERL, individually; RICHARD MONAGHAN,<br>individually; ANTHONY LOMBARDI, individually;<br>TERRY BARKER, individually; ROBERT LAWRENCE,<br>individually; SEAYCO -- THF Eastside Market, L.L.C.;<br>MICHAEL STAENBERG, individually; SCHLEUTER,<br>HAYWOOD, BICK & KISTNER, P. C.; ELKIN KISTNER,<br>individually; MICHAEL CHILDRESS,<br>individually; Childress & Zdeb, P.C.; PATRICIA HASTINGS,<br>individually; RICHARD BILINSKI, individually;<br>CHARLES SNYDER, individually; ROBERT G. McCAMPBELL,<br>individually; JOHN FEARS, individually; ROBERT PERUGINO,<br>individually; LINDA MORRISSEY, individually;<br>DEBORAH SHALLCROSS, individually;<br>RONALD SHAFFER, individually;<br>JANE WISEMAN, individually; GREGORY FRIZZELL,<br>individually; DAVID PETERSON, individually;<br>RONALD STUBBLEFIELD, individually; JOSEPH WATT,<br>individually; MARIAN OPALA, individually;<br>RALPH HODGES, individually; ROBERT LAVENDER,<br>individually; RUDOLPH HARGRAVE, individually;<br>YVONNE KAUGER, individually; JAMES WINCHESTER, | COUNTS for Violation of<br>Title 18 U.S.C. § 242<br>Deprivation of Rights under<br>color<br><br>COUNTS for Violation of<br>Title 18 § 1341.<br>Frauds and swindles as<br>defined by Title 18 U.S.C.<br>§ 1346. Definition of "scheme<br>or artifice to defraud."<br>COUNTS for Violation of<br>Title 28 U.S.C. § 1341<br>Frauds and Swindles<br><br>COUNTS for Violation of<br>Title 28 U.S.C. Rule 79 and<br>CLERKS MANUAL,<br>CHAPTER 15, § 15.03<br><br>COUNTS for Violation of<br>Title 9 U.S.C. § 4<br>Compulsory Arbitration<br><br>COUNTS for Violation of<br>Sarbannes-Oxley Act |

2

individually; The Trust Company of Oklahoma; F & M Bank; )
WILLIAM LaFORTUNE, individually; )
MARTHA RUPP CARTER, individually; McKinney & )
Stringer, P.C.; PATRICK MALLOY, III, individually; and )
PAUL THOMAS, individually, )
)
                             Defendants. )

## COMPLAINT/PETITION FOR ACCOUNTING AND APPOINTMENT OF RECEIVER

### I. JURISDICTION

This action arises out of the deprivation and denial of all rights for Lisa F. Wallace, ("Lisa") and her next friend, Stephen P. Wallace, (Stephen) et al., by federal agencies based in Washington, D.C., and employees who are operating a private criminal enterprise in taxpayer owned buildings, utilizing furniture fixtures and equipment "F. F. & E.", staff, and U.S. federal security forces.

The federal COUNTS noted in the caption above invoke this Court's jurisdiction and venue is proper in the District of Columbia as all other venues applicable have been totally exhausted and Plaintiffs' rely on pro se guarantees from the United States Supreme Court in *Haines vs. Kerner*, 404 U.S. 519, 520 (1972).

### II. PARTIES

1. Plaintiffs' reside and are held hostage in Tulsa, Oklahoma.

2. The Department of Human Services, Washington, D.C., has failed to supervise their Oklahoma affiliate which employees have used the federal funding subsidy to restrain Lisa from her rights of freedom of association, life, liberty and the pursuit of happiness, acting in concert with judicial officers of the Court, et al., under color of law.

3. The Internal Revenue Service, Washington, D.C., has failed to supervise their Oklahoma affiliate which has secretly and covertly aligned with their outsourced "rogue agent", Ronald J. Saffa, who has masterminded the criminal conversion of the Wallace

3

Family $30,000,000 Estate, acting in concert with local federal agents to promulgate incentive income through the I.R.S. BONUS PLAN.

4. The Administrative Office of the U. S. Courts, Washington D.C., has failed to supervise the federal justices named herein allowing self-dealing decisions, tyranny and void of any accountability except for the "special interests" they rule for.

5. The Office of the United States Trustee, Washington, D.C. has failed to supervise the affiliate U. S. Trustees and Assistant U. S. Trustees who covertly participate and are unjustly enriched in the distribution of assets, denial of shareholder committee rights and a "free for all" regarding billable hours for the lawyers in the fraudulent conversion of assets, including Plaintiffs'.

6. Mr. Lawrence Friedman is the Head U. S. Trustee in Washington D. C. and has failed after judicial notice and actual knowledge, to restrain his staff nor has he attempted to repair Plaintiff's loss of property expropriated under color of law by a non-Article III Private Legislative Tribunal, i.e., the Bankruptcy Court.

7. The United States Army Corps of Engineers, Washington D.C., has failed to supervise the Regional Office Manager in Tulsa, Oklahoma, Richard Bilinski, whose tortious breached of contract with Plaintiff and a municipality on a design/build storm-water channel across Plaintiff's property, derailed a designed and zoned 27 hole championship golf course and residential community.

8. The American Trial Lawyers Association, Washington D. C. has failed to supervise its members noted herein who have systemically, with malice and forethought, inflicted emotional distress and tyranny upon Plaintiffs in all Courts of Record, under color of law.

9. United States Attorney, John Ashcroft, Washington D. C. has failed in his supervisory role of the noted U. S. Attorneys herein who have enabled the domestic reign of terror on Plaintiffs' persons and property without any investigation and prosecution of confirmed criminal perjury and criminal conversion of assets.

10. Comptroller of the Currency, Washington, D. C. has failed to supervise its Houston office regarding complaints regarding (N. A.) National Banks and their officers who have aided and abetted in the criminal conversion of Plaintiffs' persons and Estate

4

Complaint, Case Number 399837 – Bank One, National Association; and in Complaint, Case Number 405272 – Bank of America, National Association.

11. Bank One, N. A., based in Chicago, Illinois, and its Chairman, James Dimon, have directly engaged in the criminal conversion of Plaintiffs' Estate while acting as Successor Trustee to the Frank A. Wallace Trust of 1974 and breached an Investment Agency Agreement with the Lorice T. Wallace Trust in October of 1999.

12. Edward Keller, Head of Bank One of Oklahoma, based in Tulsa, Oklahoma, has covertly directed the criminal conversion of Plaintiffs' persons and Estate by utilizing the bank's local legal counsel, Jones, Givens, Gotcher & Bogan, P. C., specifically, James Weger of the firm, to withhold assets from Plaintiffs and divert them to their co-defendants, breaching contracts with Plaintiffs' Estate Planner, Family Wealth Counsel, stopping payment on federally insured funds and intentionally ignored estate planning steps to save $15 million in Estate taxes prior to Lorice Wallace's death in May of 2003.

13. Mark Clemons, a co-conspirator officer with Bank One, N. A.'s criminal conversion, offices and lives in Ft. Worth, Texas, and authorized the $50,000 contract with Family Wealth Counsel and Plaintiffs' family members.

14. Douglas Sherry, a co-conspirator officer of Bank One N. A.'s criminal conversion, offices and lives in Dallas, Texas.

15. Gregg Stevens, a co-conspirator in-house lawyer of Bank One, N. A.'s criminal conversion, offices and lives in Dallas, Texas, and has orchestrated all legal predicate acts with James Weger of the out-house counsel of Jones, Givens, Gotcher & Bogan, P. C.

16. Jones, Givens, Gotcher & Bogan, P. C., out-house counsel for Bank One of Oklahoma is based in Tulsa as is James Weger, who orchestrated the criminal conversion of the Frank A. Wallace Trust of 1974, acting in concert and also being remunerated by Ronald J. Saffa and Trust Company of Oklahoma officials for criminal conversion of the Lorice T. Wallace Trust assets, for their own use and benefit.

17. The United States District Court for the Northern District of Oklahoma and the judges and magistrates noted herein based in Tulsa, are using taxpayer owned buildings, furniture, fixtures and equipment, "F. F. & E.", staff and federal security to perpetuate the criminal conversion of Plaintiffs' persons and Estate, under color of law.

5

18. United States Bankruptcy Court for the Northern District of Oklahoma and Judge Terrance Michael, based in Tulsa, Oklahoma, are using taxpayer owned buildings, F. F. & E., staff and federal security to perpetuate the criminal conversion of Plaintiff's person and Estate, including federal transcript tampering and alteration.

19. Sven Holmes is a United States District Judge based in Tulsa, Oklahoma, who has abused his federal appointment for self-gain and political power upon Plaintiffs' person and estate, using taxpayer owned facilities to conduct judicial tyranny and facilitates the criminal conversion, under color of law.

20. James Ellison, is a United States District Judge based in Tulsa, Oklahoma who has abused his federal appointment by entrapping Lisa in a D. H. S. program under the guise of protecting Lisa from her family for perpetuity when the Guardian Ad Litem confirmed Lisa's enrollment as temporary, thus aiding and abetting the criminal conversion of Plaintiffs' persons and Estate, under the color of law.

21. Dale Cook, is a United States District Judge based in Tulsa, Oklahoma, who has abused his federal appointment by aiding and abetting the criminal conversion of Plaintiff's interest in the 27-Hole championship residential golf course community, under the color of law.

22. Frank McCarthy and Sam Joyner are United States Magistrates based in Tulsa, Oklahoma, who front for the judicial officers named herein who have denied Plaintiffs' multiple petitions for a forensic accounting to confirm what assets have been criminally converted, under the color of law.

23. Ben Vasquez and Opal Carter are deputy clerks at the Tenth Circuit Court of Appeals, based in Denver, Colorado, who have tampered, destroyed and denied filing documents by Plaintiffs' in over twenty-five (25) Appeals and Writs, under color of law.

24. The Tenth Circuit Court of Appeals based in Denver, Colorado, has failed to supervise its clerks and judicial officers who have systemically denied Plaintiffs' right to a forensic accounting, due process and equal access to the Courts.

25. United States District Court and United States Bankruptcy Court for the Western District of Oklahoma, has failed to supervise its judicial officers who have utilized taxpayer-owned buildings, F. F. & E., staff and federal security to operate their

"silent coalition" and criminal conversion of Plaintiffs' persons and Estate, under the color of law.

26. Robin Cauthron, is a United States District Judge in the Western District of Oklahoma who has aided and abetted in the criminal conversion of Plaintiff's person and Estate by denying to rule on a void judgment which would vacate Plaintiff's bankruptcy, under the color of law.

27. John TeSelle, retired United States Bankruptcy Judge of the Western District, commenced the bankruptcy fraud prior to leaving the bench and has participated in the tampering and alteration of federal transcripts.

28. Michael Kirschner, based in Oklahoma City and Michael Freeman, based in Tulsa, Oklahoma, fraudulently induced Plaintiff in filing of Chapter 11 in the Western District, knowing Plaintiff resided in Tulsa, with confirmed homestead exemption, and are the procuring lawyers who tampered and altered federal transcripts.

29. David O'Meilia, United States Attorney for the Northern District in Tulsa, Oklahoma, was previous counsel for Plaintiff, who abandoned Plaintiff as legal counsel causing extensive loss of personal property in a Mayes County, Oklahoma partition suit after O'Meilia immediately accepted employment by opposing counsel and therefore as United States Attorney, facilitated the criminal conversion of Plaintiffs' persons and Estate in his refusal to serve and protect his taxpayer constituents from the tyranny and terror inflicted by his co-defendants.

30. Paul Killian, Jr., is head of the F.B.I. office in Tulsa, Oklahoma who has intentionally failed in his duty to investigate the criminal conversion of Plaintiffs' person and Estate for political gain and favor of the influential co-defendant's after Robert Mitchell, Esq., Plaintiff's previous counsel, delivered confirmed interstate wire and bank fraud evidence.

31. Tim Harris is District Attorney of Tulsa County who has failed in his duty to prosecute embezzlement charges filed with the Tulsa Police Department by Lorice Wallace and failed to investigate and prosecute confirmed criminal perjury via Transcript of Proceedings after charges were filed by Plaintiffs'.

32. Drew Edmondson, Attorney General for the State of Oklahoma, has failed in his duty to investigate the criminal conversion after notice in February 2002 and the

7

criminal conversion by public officials of $7.5 million of taxpayer recovery from pollution and contamination of federally protected water resources for the City of Tulsa by the largest poultry producers in Arkansas, in conspiracy with their contingency fee outside counsel, McKinney & Stringer, P. C.

33. David Fist, Plaintiffs' original trust attorney based in Tulsa, Oklahoma, conspired in collusion with Ronald J. Saffa, et al, after Frank A Wallace's death in 1990 to alter Trust documents and gained dominion over the assets of the Wallace Family Estate.

34. Morrell, West, Saffa, Craig and Hicks, P. C., and namely, Reece Morrell, Ronald Saffa, Mark Craig, James Hicks, Danny Williams, and Lee Levinson office in the same suite and have prepared their plan of action from their office-base in Tulsa, Oklahoma

35. James Poe of Covington and Poe, based in Tulsa, Oklahoma, has represented Saffa and Patricia Hastings in collusion with the other attorneys of record in the criminal conversion of the Wallace Family Estate.

36. Doerner, Saunders, Daniel and Anderson, and namely James Milton, based in Tulsa, Oklahoma have criminally conspired with other Defendants in the criminal conversion under the guise of representing the interests of Trust Company of Oklahoma.

37. James Goodpaster, Mayes County District Judge, and T. Jack Lyons, attorney for Patrick Carter, have criminally converted personal assets of Plaintiff and denied expert witness testimony at trial in direct denial of Plaintiffs' rights.

38. Boone, Smith, Davis, Hurst & Dickman, P. C., namely, William Kellough joined in the criminal conspiracy, funded by Saffa and Trust Company of Oklahoma in the incarceration of Lisa and denial of her rights.

39. Poe and Associates, Inc., namely Robert Poe and Joe Pitts, all based in Tulsa, Oklahoma, have joined Saffa, their attorney, in criminally converting Plaintiffs' assets designated for the golf course residential community.

40. George Saffa, the pharmacist brother of Ronald Saffa, did secretly induce psychotropic drugs into Lorice Wallace to force her incapacity and subsequent forced resignation as General Partner and Trustee of the Wallace Family Estate by Ronald Saffa.

8

41. Joseph Williams, L. C. Neel, Phil Frazier, all of Tulsa County, Oklahoma, did criminally misuse their municipal authority to expropriate realty assets from the Wallace Family Estate for their private sanitary sewer utility, thus rendering the golf community development unfeasible.

42. Paul Giehm, Paul Mindeman, Tom Wilkins, and Mike Bartel, all of Tulsa County, Oklahoma, co-conspired to criminally convert trust assets from the Wallace Family Trust for their own use and benefit.

43. Carol Hanson, a Tulsa Osteopath, did conspire with George Saffa and Saffa Pharmacy to induce the incapacitation of Lorice Wallace through the drug *Depakote*.

44. Maura Robertson of Tulsa, Oklahoma, abused her position as Guardian Ad-Litem for Lorice Wallace and joined in the conspiracy with Ronald Saffa, et al to convert Mrs. Wallace into an incapacitated person, against her wishes.

45. Farris Saffa, Sr., Farris Saffa, Jr. and Ann Saffa, of Tulsa, Oklahoma did exert undo influence upon Lorice Wallace and fraudulently obtained a $350,000 loan, which has never been documented nor repaid.

46. Guaranty Abstract, namely Jack Kirkpatrick, based in Tulsa, Oklahoma, has co-conspired with David Fist, Ronald Saffa, et al, in the fraudulent transfer of title via deeds by criminal interstate wire transfers and bank fraud.

47. Bank of America, N. A., namely Michael Hall did tortiously breach the contract to assume successor trusteeship after undo influence by Ronald Saffa and Trust Company of Oklahoma officials.

48. Robert Lorton, owner of the Tulsa Based, Tulsa World Newspaper, has intentionally directed his newspaper not to report judicial tyranny and fraud in the Courts in his effort to gain political dominion and therefore deprive the public of criminal conduct within our Oklahoma Courts.

49. Patricia Bullock, based in Tulsa, Oklahoma, was the court appointed Guardian Ad-Litem for Lisa and confirmed a conspiracy of Ronald Saffa and Patricia Hastings to abandon Lisa in a Shreveport, Louisiana institution with the motive of criminally converting her assets for their own use and benefit.

50. Phil Kieri, based in Oklahoma City, Oklahoma did tortiously breach the contract to occupy a Wallace Family income generating property in a team collusion with Ronald Saffa, et al.

51. Richard Monaghan, based in Tulsa, Oklahoma, has criminally conspired with Ronald Saffa, James, Poe, et al, to broker Wallace properties below market and committed criminal perjury in Tulsa County District Court.

52. Anthony Lombardi, based in Tulsa, Oklahoma, did criminally obtain monies from Lorice Wallace under false pre-tense and eventually sued Mrs. Wallace for fabricated costs and expenses incurred in the brokerage transaction.

53. Terry Barker and Robert Lawrence, Tulsa-based attorneys for Lorice Wallace, did sell-out and abandon their client for remuneration from Ronald Saffa and Trust Company of Oklahoma in guardianship proceedings defied by Mrs. Wallace and did dismiss with prejudice Mrs. Wallace's lawsuit for fraudulent conversion of assets, infliction of emotion distress, and constructive fraud.

54. St. Louis-based SEAYCO – THF Eastside Market, LLC, namely, Michael Staenberg did fraudulently wire Wallace Family proceeds from the sale of Family realty to Trust Company of Oklahoma's Corporate Account at F & M Bank in direct contravention to the contract of sale and has breached the Binding Arbitration Clause to-date.

55. Childress & Zdeb, P. C., namely, Michael Childress, has criminally conspired with the Farris Saffa's and William Grimm in making false claims on Plaintiff's bankruptcy action.

56. Patricia Hastings, estranged daughter of Lorice Wallace, co-conspired with Ronald Saffa, George Saffa, Carol Hanson, et al to induce psychotropic drugs into Mrs. Wallace to incapacitate her and deny Lisa her freedom of association and access to her assets.

57. Charles Snyder, Assistant U. S. Trustee and Robert G. McCampbell, U. S. Attorney for the Western District, both residing in Oklahoma County, have abused their federal authority in the illegal bankruptcy conversion of assets of Plaintiff.

10

58. John Fears, general counsel for the Department of Human Services in Oklahoma City, Oklahoma, has aligned and colluded with Saffa, Bank One, and James Weger in the deprivation of rights and property for Lisa, under color of law.

59. Robert Perugino, Linda Morrissey, Deborah Shallcross, Ronald Shafer, Jane Wiseman, Gregory Frizzell, and David Peterson, all Judges in Tulsa County, have aided and abetted in the criminal conversion of the Wallace Family assets, under the color of law, and denied Plaintiffs' accounting of assets prior to the death of Lorice Wallace and sanctioned Plaintiffs' attorney, Robert L. Mitchell, Esq. $5,000 for filing a Petition for Accounting, in direct contravention of Oklahoma law allowing and mandating a demanded audit.

60. Ronald Stubblefield, a Circuit Court of Appeals Judge for the State of Oklahoma, did criminally affirm Judge Ronald Shaffer's dismissal with prejudice of Plaintiffs' Petition for Accounting, in direct contravention of Oklahoma law. CERT DENIED.

61. Joseph Watt, Marion Opala, Ralph Hodges, Robert Lavender, Rudolph Hargrave, Yvonne Kauger and James Winchester, all Oklahoma Supreme Court Justices, had judicial notice and actual knowledge of the criminal conversion of the Wallace Family Estate by Tulsa County Judges and refused to hear case. CERT DENIED.

62. William LaFortune, Mayor of Tulsa, Oklahoma, Martha Rupp Carter, General Counsel for the City of Tulsa, Oklahoma, have denied Plaintiff's attempt to recover $7.5 million from the Arkansas Poultry Producers to reimburse Tulsa taxpayers and secure a potable water system for its residents in collusion with their out-house attorneys, McKinney & Stringer, P. C., who are based in Oklahoma City.

63. Patrick Malloy, III, Bankruptcy Trustee, and Paul Thomas, Assistant U. S. Trustee, Tulsa, Oklahoma, have criminally colluded with Ronald Saffa, Trust Company of Oklahoma, Bank One, N. A., and their attorneys of record, including Judge Michael, to criminally convert irrevocable trust assets and exempt assets for the residential golf course community for their own use and benefit, under color of law.

11

### III.    FACTS

Plaintiff's were compelled to file the instant case as they have exhausted all remedy in all Courts and have been denied all rights by the civil servants and judicial officers in direct contravention to their OATH OF OFFICE to preserve and protect the Constitution of the United States.

Defendants have committed TREASON upon the Constitution and Plaintiffs' in "a conspiracy or agreement of two or more persons to maltreat or intimidate Plaintiffs', with a view of constraining them to depart with their Constitutional rights, is prima facie a conspiracy to prevent and hinder the execution, operation or fulfillment of laws of the United States. If two or more persons in any State or Territory oppose by force the authority thereof to prevent, hinder or delay the execution of any law of the United States or by force to seize, take or possess any property of the United States (evasion of taxes due the United States Treasury), engage in Treason.

Persons who join a conspiracy with knowledge of its unlawful purposes make themselves parties thereto and are equally guilty with those who originate it and gave it active support with knowledge of its unlawful objective, engage in treason. In prosecution for conspiracy to violate this section of Title 18 U. S. C. § 2381, it is no defense that particular defendant was a member of the bar of federal court."

### IV.    CONCLUSIONS AND REMEDY SOUGHT

Plaintiffs' have all been denied access to their trust funds to retain counsel to protect themselves, which is in direct contravention of the Trust documents. Defendants' acting in concert, have inflicted an Operation Greylord criminal conversion of Plaintiffs' person and Estate through the judges and lawyers named of record and an ENRON style off-balance sheet embezzlement of Plaintiffs' assets which the forensic audit will confirm. Provident Trust Company of Omaha Nebraska qualifies as an independent interim Trustee and Union Bank & Trust of Lincoln, Nebraska qualifies as an interim Receiver, which must be appointed by the Court, sua sponte and instanter. Pending completion of the forensic audit, reparation and restitution will be calculated and

submitted to the Court, including federal taxes, which have been evaded by the former interim Trustees, Bank One, N. A., Trust Company of Oklahoma and Ronald J. Saffa in criminal collusion with all other Defendants, therefore a Private Bill is attached hereto for immediate submission to Congress. NO ONE IS ABOVE THE LAW.

*[signature]*

and through
Stephen P. Wallace, Trustee, et al

6528 E. 101st Street, D-1 #304
Tulsa, Oklahoma 74133
(918) 694-1870

13

## VERIFICATION

I, Stephen P. Wallace, Trustee and an undersigned Plaintiff and next friend of Plaintiff, Lisa F. Wallace, in the above captioned case, do hereby solemnly swear, affirm and verify that the foregoing information in the COMPLAINT/PETITION FOR ACCOUNTING AND APPOINTMENT OF RECEIVER, is true and correct to the best of my knowledge and belief and I file this of my own free will.

*Stephen P. Wallace*

Lisa F. Wallace, by and through her next friend,
Stephen P. Wallace, Trustee, et al.

6528 E. 101st Street, D-1 #304
Tulsa, Oklahoma 74133
(918) 694-1870

STATE OF OKLAHOMA  )
                   ) SS:
COUNTY OF TULSA    )

I the undersigned Notary Public, in and for the County and State aforesaid, do hereby certify Stephen P. Wallace, personally known to me to be the same person whose name is subscribed to the foregoing COMPLAINT/PETITION FOR ACCOUNTING AND APPOINTMENT OF RECEIVER, appeared before me this day in person and acknowledged that he signed, sealed and delivered the said instrument as his free and voluntary act for the uses and purposes therein set forth.

Given under my hand and official seal this 28th day of April, 2004.

*Notary Public*
Commission #8248

14