# Exhibit "D"

# May 27, 2004 Order Continuing Temporary Restraining Order in Force and Effect as a Preliminary Injunction, entered in Case No. PT-2002-56, in the District Court of Tulsa County, State of Oklahoma

IN THE DISTRICT COURT OF TULSA COUNTY
STATE OF OKLAHOMA

In re: )
THE LORICE T. WALLACE ) No. PT-2002-56
REVOCABLE TRUST DATED )
DECEMBER 26, 1974, AS RESTATED ) Hon. Gregory K. Frizzell
EFFECTIVE OCTOBER 5, 1993 AND AS )
AS AMENDED ON FEBRUARY 12, 1998, )
THE LORICE T. WALLACE )
IRREVOCABLE TRUST DATED )
FEBRUARY 8, 1996, AND THE LORICE )
T. WALLACE IRREVOCABLE TRUST )
DATED SEPTEMBER 11, 1992, ALSO )
KNOWN AS THE LORICE T. WALLACE )
LIFE INSURANCE TRUST, )

DISTRICT COURT
FILED
MAY 27 2004
SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

## ORDER CONTINUING TEMPORARY RESTRAINING ORDER IN FORCE AND EFFECT AS A PRELIMINARY INJUNCTION

On this 26th day of May, 2004, the said matter comes on for hearing before me the undersigned Judge, for hearing of Petitioners' request that the Temporary Restraining Order signed April 20, 2004 and filed April 21, 2004 restraining and prohibiting certain acts or actions by Stephen P. Wallace, be continued in effect as a preliminary injunction. At said time Petitioner Ronald J. Saffa appeared together with counsel James E. Poe and Co-Petitioner The Trust Company of Oklahoma appears by counsel James C. Milton. Stephen P. Wallace ~~appeared~~/did not appear, with/without counsel.

Thereupon, the Court heard statements and presentations regarding Petitioners' Verified Motion for Temporary Restraining Order, preliminary and permanent injunction, and being fully advised in regard thereto finds that the temporary restraining order heretofore entered against Stephen P. Wallace as hereinabove described should be, in each and every respect, continued in force and effect as a preliminary injunction.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the TEMPORARY RESTRAINING ORDER signed and effective April 20, 2004 at 3:44 o'clock p.m. and thereafter filed herein April 21, 2004, be and the same is expressly continued in full force and effect as a preliminary injunction upon Petitioners' posting of bond in the amount of $ 500.00 .

IT IS ACCORDINGLY ORDERED, ADJUDGED AND DECREED that you, Stephen P. Wallace, individually and or in any other purported *pro se* or representative capacity on behalf of any other person or entity, are hereby restrained, enjoined and prohibited from filing lawsuits or commencing legal proceedings of any kind, in any Court or jurisdiction except this Court, based upon any allegations of acts, events, transactions or circumstances in any manner related to or concerning the trusts or the trustees in any capacity until final hearing on and disposition of Petitioners' action. ~~request for permanent injunction.~~  GWF

IT IS ADDITIONALLY ORDERED, ADJUDGED AND DECREED that you, Stephen P. Wallace, individually or in any other purported *pro se* or representative capacity on behalf of any other person or entity are hereby restrained, enjoined and prohibited from filing any other or additional lis pendens notice or similar document in the office of the Tulsa County Clerk or other recorder of land records, wherever situated as to any purported claim, right, title or other asserted interest in any real property held by the trusts or trustees, without prior approval by this Court and until final disposition of Petitioners' action. ~~request for permanent injunction.~~  GWF

~~IT IS FURTHER ORDERED AND DECREED that this matter be set for final hearing and determination of injunction issues on the ___ day of _____, 2004 at ___ o'clock __ m.~~

Dated and effective this 26th day of May, 2004.

*[signature]*
HON. GREGORY K. FRIZZEL

Order Prepared and Presented By

James E. Poe, OBA #7198
Covington & Poe
111 West 5th, Suite 740
Tulsa, Oklahoma 74103
(918) 585-5537-phone
(918) 585-5530-fax

Attorney for Ronald J. Saffa
Co-Trustee

### CERTIFICATE OF MAILING

A true and correct copy of the above and foregoing has been mailed to Mary Roma Wallace Jage, 1153 Overton Court, Naperville, Illinois 60540; and Stephen P. Wallace, 6528 East 101st, D-1 #304, Tulsa, Oklahoma 74133; Patricia Wallace Hastings, 2934 East 73rd Place, Tulsa, Oklahoma 74136; William R. Grimm, 610 South Main, Suite 300, Tulsa, Oklahoma 74119; Kenneth Crump, Jr., 401 South Boulder Ave., 3300 Mid-Continent Tower, Tulsa, Oklahoma 74103; and James C. Milton, 320 South Boston, Suite 500, Tulsa, Oklahoma 74103, this 27 day of March, 2004, with proper postage thereon fully prepaid.

*[signature]*
JAMES E. POE, OBA #7198
Covington & Poe
111 West 5th, Suite 740
Tulsa, Oklahoma 74103
(918) 585-5537-phone
(918) 585-5530-fax

Attorney for Ronald J. Saffa