# Exhibit "E"

# Judgment and Sentence for Indirect Contempt of Court filed November 23, 2004, in Case No. PT-2002-56, in the District Court of Tulsa County, State of Oklahoma



IN THE DISTRICT COURT OF TULSA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| In re: ) | |
| THE LORICE T. WALLACE ) | No. PT-2002-56 |
| REVOCABLE TRUST DATED ) | |
| DECEMBER 26, 1974, AS RESTATED ) | Hon. Gregory K. Frizzell |
| EFFECTIVE OCTOBER 5, 1993 AND AS ) | |
| AS AMENDED ON FEBRUARY 12, 1998, ) | |
| THE LORICE T. WALLACE ) | DISTRICT COURT |
| IRREVOCABLE TRUST DATED ) | F I L E D |
| FEBRUARY 8, 1996, AND THE LORICE ) | |
| T. WALLACE IRREVOCABLE TRUST ) | NOV 2 3 2004 |
| DATED SEPTEMBER 11, 1992, ALSO ) | |
| KNOWN AS THE LORICE T. WALLACE ) | [Court Clerk stamp] |
| LIFE INSURANCE TRUST, ) | |

## JUDGMENT AND SENTENCE FOR INDIRECT CONTEMPT OF COURT

Heretofore on September 9, 2004, said cause came on regularly for jury trial pursuant to Order for Citation for Contempt directed to Stephen P. Wallace, to which he demanded trial by jury. On said date Petitioners appeared by counsel, namely James E. Poe for Petitioner Ronald J. Saffa and Shelly Dalrymple for Petitioner Trust Company of Oklahoma. Stephen P. Wallace appeared in person and without legal counsel. After consideration of motions by Wallace the Court directed trial to proceed and a jury was thereupon selected and impaneled to try the issue of Indirect Contempt of Court. Opening statements were made and Petitioners commenced presentation of evidence which continued to the following day. Petitioners rested and Respondent Wallace then presented his evidence and rested. Instructions were given by the Court, closing arguments were made and the jury then retired to deliberate on the afternoon of September 10, 2004. Thereafter the jury returned into open Court with its unanimous verdict, finding Respondent Stephen P. Wallace guilty of Indirect Contempt of Court.

Said verdict was ordered received and filed and formal sentencing was thereupon set for November 8, 2004, at 9:30 a.m. The Court additionally invited recommendations concerning sentencing to be filed by October 15, 2004.

Thereafter Wallace having commenced a purported removal proceeding in the United States District Court for the District of Columbia, this Court did on November 5, 2004, issue its order temporarily postponing sentence pending remand order from the said Federal Court. Said remand in fact occurred by Federal Court order dated November 9, 2004 and this Court on November 12, 2004, reset the subject sentencing for November 22, 2004, at 3:00 p.m..

Subsequently, on November 22, 2004, said cause again came on before the undersigned Judge for sentencing. Stephen P. Wallace, although duly notified of the rescheduling order, failed to appear. Petitioners however were present and represented by counsel of record, namely James E. Poe for Petitioner Ronald J. Saffa and James C. Milton for Petitioner Trust Company of Oklahoma. The Court duly noted that Wallace had now filed another purported Federal Court removal proceeding, this time to the United States District Court for the Southern District of Texas, which action the Court determines to be frivolous, in bad faith, and another deliberate attempt to delay this proceeding. Therefore, the Court determined that this scheduled sentencing should proceed.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED in accordance with the jury verdict returned September 10, 2004, that Stephen P. Wallace be and is hereby adjudged guilty of indirect contempt of court.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Stephen P. Wallace be and is hereby sentenced to serve a term of two months (60 days) in the Tulsa

County Jail with the latter 39 days thereof being suspended upon the following conditions, namely:

    a. That Stephen P. Wallace undergo thorough mental health examination by approved mental health professionals and that he cooperate fully throughout the examination process;

    b. That Stephen P. Wallace undergo any mental health procedures, treatment or therapy recommended by the referenced health care professionals and that he cooperate fully during the initiation, progress and potential fulfillment of such treatment, if any be recommended;

    c. That Stephen P. Wallace provide any necessary authorizations or consents requested by the mental health professionals herein referenced as necessary or appropriate to the complete mental health examination, evaluation, therapy or treatment;

    d. That Stephen P. Wallace authorize the referenced mental health care professionals and any mental health care institutions to provide information and reports to this Court for purposes of confirming compliance with the conditions of suspension herein provided; or

    e. In failure of full compliance by Stephen P. Wallace with the aforesaid conditions and requirements, the suspension provision of this judgment and sentence shall terminate and Stephen P. Wallace shall be remanded to the custody of the Tulsa County Sheriff to serve the 39 day balance of jail time herein ordered.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Stephen P. Wallace be fined in the penal sum of $26,200.00, being a sum of $200.00 per day of 131 days, the time period during which he maintained the lawsuit contemptuously commenced in the United States District Court for the District of Columbia, all in accordance with 12 O.S. §1390.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that execution of this sentence be stayed for a period of ten days hereafter to allow for Stephen P. Wallace's commencement of appeal to the Oklahoma Supreme Court. Provided such appeal is commenced within said time, execution of this sentence is further stayed during appeal and until this judgment and sentence is either affirmed or reversed but expressly conditioned further upon full compliance by Stephen P. Wallace with this Court's Preliminary Injunction entered May 27, 2004, and further provided that the appeal is diligently and timely pursued. Upon showing by affidavit or evidence that the conditions of this stay have been or are being violated by Stephen P. Wallace then the stay imposed by this provision shall cease and execution of the judgment and sentence shall then commence.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the incarceration herein directed may occur at a facility under the direction of Avalon Correctional Services as an alternative to incarceration at the David L. Moss Correctional Facility, provided that Wallace request such assignment and cooperate fully with Avalon representatives in satisfying all prerequisites and requirements for said facility.

IT IS ADDITIONALLY ORDERED, ADJUDGED AND DECREED that each of the foregoing penal sanctions are hereby imposed on Stephen P. Wallace for indirect contempt of Court specifically described in the application for citation for contempt filed May 27, 2004,

and further described and articulated in the pretrial conference order filed September 2, 2004, and pursuant to the jury verdict returned September 10, 2004, finding Stephen P. Wallace guilty of indirect contempt.

The referenced Judgment and Sentence was pronounced in open Court the date scheduled, namely November 22, 2004, but this formal Judgment and Sentence is signed this 23rd day of November, 2004.

GREGORY K. FRIZZELL
District Judge

Prepared and Presented by

JAMES E. POE, OBA #7198
Covington & Poe
111 West 5th, Suite 740
Tulsa, Oklahoma 74103
(918) 585-5537-phone
(918) 585-5530-fax

Attorney for Co-Petitioner Ronald J. Saffa

5

## CERTIFICATE OF MAILING

A true and correct copy of the above and foregoing Judgment and Sentence for Indirect Contempt has been mailed to Mary Roma Wallace Jage, 1153 Overton Court, Naperville, Illinois 60540; and Stephen P. Wallace, 6528 East 101st, D-1 #304, Tulsa, Oklahoma 74133; Patricia Wallace Hastings, 2934 East 73rd Place, Tulsa, Oklahoma 74136; William R. Grimm, 610 South Main, Suite 300, Tulsa, Oklahoma 74119; Kenneth Crump, Jr., 401 South Boulder Ave., 3300 Mid-Continent Tower, Tulsa, Oklahoma 74103; and James C. Milton, 320 South Boston, Suite 500, Tulsa, Oklahoma 74103, this 23 day of November, 2004, with proper postage thereon fully prepaid.

JAMES E. POE, OBA #7198
Covington & Poe
111 West 5th, Suite 740
Tulsa, Oklahoma 74103
(918) 585-5537-phone
(918) 585-5530-fax

Attorney for Ronald J. Saffa
Co-Trustee