# Exhibit "F"

# January 10, 2003 Order for Sanctions, entered in Case No. CJ-2002-4727, in the District Court of Tulsa County, State of Oklahoma

IN THE DISTRICT COURT FOR TULSA COUNTY,
STATE OF OKLAHOMA.



DISTRICT COURT
FILED

JAN 1 0 2003

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

STEPHEN P. WALLACE and MARY ROMA JAGE, individually and as limited guardian of the person of Lorice T. Wallace on her behalf,

Plaintiffs,

vs.

TRUST COMPANY OF OKLAHOMA, an Oklahoma corporation, RONALD J. SAFFA, and BANK ONE, N.A.,

Defendants.

Case No. CJ-2002-4727

## ORDER FOR SANCTIONS

This Court, after a hearing held on December 19, 2002, makes the following Findings of Fact and enters an order granting sanctions as set in the following order.

1. On August 6, 2002, the petition in the above-captioned matter was signed by plaintiffs' attorneys, filed with the District Court of Tulsa County, and served upon defendant Saffa.

2. Plaintiff Stephen Wallace and his attorney, Robert Mitchell, have a demonstrated history of oppressive litigation behavior including filings and dismissal of unfounded lawsuits, causing the unnecessary expenditure of energy and resources in the defense of meritless claims, and pursuing vexatious writ applications for disqualification of trial court judges whose rulings they disapprove.

3. In this proceeding, plaintiff and Mr. Mitchell continue to utilize but one more legal forum for the assertion of false and outlandish accusations of random wrongdoing even to the extent of reasserting completely unfounded, previously decided allegations that have been resolved by other courts, withdrawn, or dismissed from earlier court proceedings.

4. It has been determined in numerous legal divisions in the past that Mr. Wallace is at best a contingent remainder beneficiary and as such has no contractual or trust entitlement to the records from these trusts.

5. The very argument relied upon by this plaintiff supports an award of sanctions by recognizing that the same relief had been sought and the same arguments heard and rejected in other courts, confirming that this case was but one more effort at forum shopping in the vain hope of obtaining a different ruling.

6. Plaintiff Stephen Wallace's counsel, Robert L. Mitchell, is currently, and/or was representing the plaintiff in numerous actions pending in state and federal court wherein similar frivolous and nonmeritorious claims, unwarranted by existing law, were asserted on behalf of the plaintiff.

This Court declines to assess sanctions against counsel Craig Tweedy.

This Court therefore imposes sanctions against plaintiff Stephen Paul Wallace and his counsel Mr. Robert L. Mitchell. Pursuant to the affidavit of Mr. James E. Poe this Court sets those sanctions in the manner of attorney's fees in favor of Mr. James E. Poe. Those fees of $5,005 will be set at this time, such sum to be increased by additional time spent on the hearing of December 19, 2002, and any additional time spent thereafter upon proper application of Mr. James E. Poe.

IT IS THEREFORE ORDERED this __10__ day of January 2003.

_____
District Judge

Robert L Mitchell
5500 N Western, Ste 100A
Oklahoma City, Ok 73118

Craig Tweedy
208 E Dewey, Ste 202
Sapulpa, Ok 74066

Jon Payne
3800 First Place Tower
15 E 5th Street
Tulsa, Ok 74103-4309

James C Milton
320 S Boston Ave., Ste 500
Tulsa, Ok 74103-3725

James E Poe
111 West Fifth St., Ste 740
Tulsa, Ok 74103

### Affidavit OF Mailing

I, Sally Howe Smith, Court Clerk for the Tulsa County, hereby certify that on the 10th of January, 2003, a true and correct copy of the foregoing Order was mailed to each of the attorneys listed above, and a true and correct copy of the foregoing Order was filed in each of the foregoing cases.

SALLY HOWE SMITH, COURT CLERK

_Martha Bulla_
Deputy Court Clerk