# Exhibit "H"

# Notice of Filing of Notice of Removal and Motion for Consolidation, filed on October 12, 2004, in Case No. 04-CV-01730, in the U.S. District Court for the District of Columbia

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FILED
OCT 1 2 2004
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN RE: Ronald J. Saffa and Trust Company of Oklahoma, )
Interim successor trustees, )
)
Plaintiffs )
) CASE NO.
)
vs. )
) JURY TRIAL
) DEMANDED
LORICE T. WALLACE REVOCABLE TRUST ) CASE NUMBER 1:04CV01730
Dated December 26, 1974. )
JUDGE: Richard W. Roberts
Defendant Beneficiary   DECK TYPE: Civil Rights (non-employment
DATE STAMP: 10/12/2004

**JURY ACTION**

## NOTICE OF FILING OF NOTICE OF REMOVAL
## AND MOTION FOR CONSOLIDATION

COMES NOW, Lisa F. Wallace, a developmentally disabled person, by and through her next friend Stephen P. Wallace, and Stephen P. Wallace, individually, both vested beneficiaries and defendants of the above-styled Trust and offer judicial notice to the Court, opposing litigants and their counsel, that the above-styled case previously filed in Tulsa County, Case No. PT-2002-56 has been removed to the United States District Court for the District of Columbia under authority of 28 U.S.C.A. 1441 (b). "Any civil action of which the district court have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable <u>without regard to the citizenship or residence of the parties</u>," including all documents of record on the enclosed CD-ROM, and also move the Court to **consolidate** this case with U.S. District of Columbia Case No. 1:04CV01717.

Stephen P. Wallace
6528 E. 101st, D-1 #304
Tulsa, Ok 74133
(918) 694-1870

1

## VERIFICATION

I, Stephen P. Wallace, affirm the above statements are true and correct to the best of my knowledge relying on *Haines v. Kerner*, 404 U.S. 519, 520 (1972).

_____
Stephen P. Wallace

STATE OF OKLAHOMA    )
                     ) SS.
COUNTY OF TULSA      )

I, the undersigned Notary Public, in and for the County and State aforesaid, do hereby certify Stephen P. Wallace, personally known to me to be the same person whose name is subscribed to the foregoing instrument.

Given under my hand and official seal this 7 day of October, 2004.

_____
Notary Public

My Commission Expires:
April 30, 2008
(Notarial Seal)
My Commission No.: _____



OFFICIAL SEAL
MARGARITE O'BANNON
NOTARY PUBLIC – OKLAHOMA
TULSA COUNTY
My Comm. Expires April 30, 2008

## CERTIFICATE OF SERVICE

I certify that on the 11 day of October, 2004, I mailed, hand-delivered or faxed a copy to:

Judge Gregory Frizzell          James Poe            James Milton
District Judge – Tulsa County   111 W. 5th St.       320 S. Boston
500 S. Denver                   Tulsa, OK 74103      Tulsa, OK 74103
Tulsa, Oklahoma

_____
Stephen P. Wallace

2



# UNITED STATES COURT OF APPEALS FOR THE D.C. CIRCUIT DISTRICT OF COLUMBIA

Ref. Case No. 1:04-CV-713

In Re: Lisa F. Wallace, a developmentally disabled person, by and through her next friend, Stephen P. Wallace, et al.,

Pauperis/Pro Se Petitioners

CASE NO: 04-5293

VS.

United States District Court for the District of Columbia
Ex rel. Ellen Huvelle,

Respondent

## REQUEST FOR THE COURT TO TAKE JUDICIAL NOTICE OF FRAUD PERPETRATED UPON THE COURT AND PAUPERIS/PRO SE PETITIONERS

COMES NOW Lisa F. Wallace, a developmentally disabled person, by and through her next friend, Stephen P. Wallace and Stephen P. Wallace, individually, and request the Court take judicial notice of fraud perpetrated upon the Court and Pauperis/pro se petitioners and in support thereof state and allege as follows:

1. Petitioners filed their Petition for Writ of Mandamus on August 19, 2004.

2. Petitioners were fraudulently induced and allegedly extorted by Tulsa County District Judge Gregory Frizzell to dismiss the Appeal in which he was a Defendant. (Exhibit A)

3. Petitioners were further fraudulently induced and allegedly extorted by Tulsa County District Judge Gregory Frizzell to dismiss the underlying case in which he was a Defendant. (Exhibit B)

EXHIBIT 1

4. Petitioners/ due process rights to the Appeal were available until September 27, 2004, but have been circumvented and critically compromised by the fraudulent inducement of Tulsa County District Judge Gregory Frizzell. (Exhibit C)

Wherefore Pauperis/pro se Petitioners seek instructions from this Appellate Court based upon the void dismissals of record.

*Stephen P. Wallace*
Stephen P. Wallace
6528 E. 101st Street, D-1 #304
Tulsa, Oklahoma 74133
(918) 694-1870


## VERIFICATION

I, Stephen P. Wallace, affirm the above statements are true and correct to the best of my knowledge relying on *Haines v. Kerner*, 404 U.S. 519, 520 (1972).

STATE OF OKLAHOMA    )
                     ) SS.
COUNTY OF TULSA      )

I, the undersigned Notary Public, in and for the County and State aforesaid, do hereby certify Stephen P. Wallace, personally known to me to be the same person whose name is subscribed to the foregoing instrument. Given under my hand and official seal this 29th day of September 2004.

*Julie Fulton*
Notary Public

My Commission Expires:
July 1, 2008
(Notarial Seal)
My Commission No.: 8248

2

## CERTIFICATE OF SERVICE

I certify that on the 29th [11th] [4th] day of September [October] 2004, I mailed, hand-delivered and faxed a copy to:

U.S. Attorney           All served Defendants
For Federal Defendants
District of Columbia
Washington, D.C.

*Stephen P. Wallace*
Stephen P. Wallace

3

U.S. COURT OF APPEALS
OF COLUMBIA CIRCUIT

SEP - 8 2004

RECEIVED

**UNITED STATES COURT OF APPEALS FOR
THE D.C. CIRCUIT DISTRICT OF COLUMBIA**

LISA F. WALLACE, a developmentally disabled person, )
by and through her next friend, STEPHEN P. WALLACE; )
STEPHEN P. WALLACE, et al. )
        Pauperis/Pro Se Plaintiffs, )
)
V. )    CASE NO: 04-5293
)
Department of Human Services, et al, )
        Defendants. )

## DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiffs and dismiss their Complaint/Petition without prejudice.

*[signature]*
Lisa F. Wallace, by and through her next friend,
Stephen P. Wallace, et al.
6528 E. 101st Street, D-1 #304
Tulsa, Oklahoma 74133
(918) 694-1870

## VERIFICATION

I, Stephen P. Wallace, Trustee and an undersigned Plaintiff and next friend of Plaintiff, Lisa F. Wallace, in the above captioned case, do hereby solemnly swear, affirm and verify that the foregoing information in the instrument is true and correct to the best of my knowledge and belief.

*[signature]*
Lisa F. Wallace, by Stephen P. Wallace

STATE OF OKLAHOMA  )
                             ) SS:
COUNTY OF TULSA      )

I, the undersigned Notary Public, in and for the County and State aforesaid, do hereby certify Stephen P. Wallace, personally known to me to be the same person whose name is subscribed to the foregoing instrument. Given under my hand and official seal this 8th day of September 2004.

*[signature]*
Notary Public

My Commission Expires:
MAY 1, 2008
Commission No.: 8248

**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

*Original file – stamped in red – see Racer/Pacer for confirmation*

LISA F. WALLACE, a developmentally disabled person, )
by and through her next friend, STEPHEN P. WALLACE; )
STEPHEN P. WALLACE, et al. )
              Pauperis/Pro Se Plaintiffs, )
)
V. )    CASE NO: 1:04CV00713
)
Department of Human Services, et al, )
             Defendants. )

### DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiffs and dismiss their Complaint/Petition without prejudice.

        */s/ Stephen P. Wallace*
Lisa F. Wallace, by and through her next friend,
Stephen P. Wallace, et al.
6528 E. 101st Street, D-1 #304
Tulsa, Oklahoma 74133
(918) 694-1870

### VERIFICATION

I, Stephen P. Wallace, Trustee and an undersigned Plaintiff and next friend of Plaintiff, Lisa F. Wallace, in the above captioned case, do hereby solemnly swear, affirm and verify that the foregoing information in the instrument is true and correct to the best of my knowledge and belief.

        */s/ Stephen P. Wallace*
Lisa F. Wallace, by Stephen P. Wallace

STATE OF OKLAHOMA  )
                       ) SS:
COUNTY OF TULSA    )

I, the undersigned Notary Public, in and for the County and State aforesaid, do hereby certify Stephen P. Wallace, personally known to me to be the same person whose name is subscribed to the foregoing instrument. Given under my hand and official seal this 8th day of September 2004.

        */s/ Julie Fulton*
        Notary Public

My Commission Expires: *July 1, 2008*
(Notarial Seal)
My Commission No. *8248*

EXHIBIT B

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 04-5293 September Term, 2003

04cv00713

Filed On:

In re: Lisa F. Wallace a developmentally disabled person, by and through her next of friend and Stephen P. Wallace, as next of friend to Lisa F. Wallace,

    Petitioners

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  AUG 2 6 2004

CLERK

## ORDER

Because petitioners have not paid the appellate docketing fee in this case, it is

ORDERED, on the court's own motion, that by September 27, 2004, petitioners either pay the $250.00 appellate docketing fee to the Clerk, U.S. Court of Appeals for the District of Columbia Circuit or file motions for leave to proceed on appeal in forma pauperis. Petitioners' failure to comply with this order will result in dismissal of the petition for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to send a copy of this order to petitioners by certified mail, return receipt requested, and by first class mail.

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/ Scott H. Atchue
Scott H. Atchue
Deputy Clerk

Enclosures:
1) Motion for Leave to Proceed on Appeal In Forma Pauperis

EXHIBIT C

IN THE DISTRICT COURT OF TULSA COUNTY
STATE OF OKLAHOMA

IN RE: Ronald J. Saffa and Trust Company of Oklahoma, )
Interim successor trustees, )
) Case No. PT-2002-56
Plaintiffs )
)
vs. ) Chief Judge Gillert
)
LORICE T. WALLACE REVOCABLE TRUST ) Judge Frizzell
Dated December 26, 1974. )
)
Defendant Beneficiary

### REQUEST FOR THE COURT TO TAKE JUDICIAL NOTICE THAT DEFENDANT BENEFICIARY HAS PURGED CONTEMPT OF COURT CHARGES AND MOTION FOR ORDER DISMISSING CITATION FOR CONTEMPT

Comes now Stephen P. Wallace, and requests the Court to take Judicial Notice that Defendant Beneficiary has dismissed the U.S. District Court Case No. 1: 04CV-713 in the District of Columbia (Exhibit A) and the U.S. Court of Appeals for the D.C. Circuit-District of Columbia Case No. 04-5293 (Exhibit B).

Wallace further moves the Court for an ORDER dismissing the Citation for Contempt charges, sua sponte and instanter, to avoid witnesses from traveling out of town as these trial proceedings are moot.

Verification

I swear and affirm that the information is true to the best of my knowledge.

State of Oklahoma
County of Tulsa

Stephen P. Wallace
6528 E. 101st, D-1 #304
Tulsa, OK 74137
(918) 694-18

Marguerite O'Bannon
9/8/04

OFFICIAL SEAL
MARGARITE O'BANNON
NOTARY PUBLIC - OKLAHOMA
TULSA COUNTY
My Comm. Expires April 30, 2008

## Certificate of Service

I hereby certify that on this 8th day of September 2004, a copy was hand delivered to:

James Poe  
Covington & Poe  
111 West 5th, Suite 740  
Tulsa, OK 74103

James Milton  
Doerner Saunders  
320 S. Boston  
Tulsa, OK 74103

Judge Gregory Frizell  
Tulsa, County

*Stephen P. Wallace*  
Stephen P. Wallace

```
U.S. COURT OF APPEALS
OF COLUMBIA CIRCUIT

SEP - 8 2004

RECEIVED
```

UNITED STATES COURT OF APPEALS FOR
THE D.C. CIRCUIT DISTRICT OF COLUMBIA

LISA F. WALLACE, a developmentally disabled person, )
by and through her next friend, STEPHEN P. WALLACE; )
STEPHEN P. WALLACE, et al. )
          Pauperis/Pro Se Plaintiffs, )
)
V. )        CASE NO: 04-5293
)
Department of Human Services, et al, )
          Defendants. )

## DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiffs and dismiss their Complaint/Petition without prejudice.

*[signature]*
Lisa F. Wallace, by and through her next friend,
Stephen P. Wallace, et al.
6528 E. 101st Street, D-1 #304
Tulsa, Oklahoma 74133
(918) 694-1870

### VERIFICATION

I, Stephen P. Wallace, Trustee and an undersigned Plaintiff and next friend of Plaintiff, Lisa F. Wallace, in the above captioned case, do hereby solemnly swear, affirm and verify that the foregoing information in the instrument is true and correct to the best of my knowledge and belief.

*[signature]*
Lisa F. Wallace, by Stephen P. Wallace

STATE OF OKLAHOMA   )
                               ) SS:
COUNTY OF TULSA      )

I, the undersigned Notary Public, in and for the County and State aforesaid, do hereby certify Stephen P. Wallace, personally known to me to be the same person whose name is subscribed to the foregoing instrument. Given under my hand and official seal this 8th day of September 2004.

*[notary signature]*
Notary Public

*[Notary Seal: JULIE FULTON]*
My Commission Expires: _____, 2008
Commission No.: 8248

EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

*Original file - stamped in red - see Racer/Pacer for confirmation*

LISA F. WALLACE, a developmentally disabled person, )
by and through her next friend, STEPHEN P. WALLACE; )
STEPHEN P. WALLACE, et al. )
          Pauperis/Pro Se Plaintiffs, )
)
V. )
) CASE NO: 1:04CV00713
)
Department of Human Services, et al, )
          Defendants. )

## DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiffs and dismiss their Complaint/Petition without prejudice.

          */s/ Stephen P. Wallace*
          Lisa F. Wallace, by and through her next friend,
          Stephen P. Wallace, et al.
          6528 E. 101st Street, D-1 #304
          Tulsa, Oklahoma 74133
          (918) 694-1870

## VERIFICATION

I, Stephen P. Wallace, Trustee and an undersigned Plaintiff and next friend of Plaintiff, Lisa F. Wallace, in the above captioned case, do hereby solemnly swear, affirm and verify that the foregoing information in the instrument is true and correct to the best of my knowledge and belief.

          */s/ Stephen P. Wallace*
          Lisa F. Wallace, by Stephen P. Wallace

STATE OF OKLAHOMA  )
                        ) SS:
COUNTY OF TULSA     )

I, the undersigned Notary Public, in and for the County and State aforesaid, do hereby certify Stephen P. Wallace, personally known to me to be the same person whose name is subscribed to the foregoing instrument. Given under my hand and official seal this 8th day of September 2004.

          */s/ Julie Fulton*
          Notary Public

My Commission Expires: July 1, 2008
(Notarial Seal)
My Commission No.: 8248

EXHIBIT B