UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| *Erroneous caption appearing on removal papers filed by Mr. Wallace:* | ) ) ) | |
| Stephen P. Wallace, an individual, | ) ) | Case No. 1:06CV00402 |
| Plaintiff, | ) ) | Honorable Reggie B. Walton |
| v. | ) ) | |
| Ronald J. Saffa, an individual; James C. Milton, an individual; James E. Poe, an individual; Trust Company of Oklahoma, corporately, and its shareholders and directors, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| *Caption of the removed action:* | ) ) ) | |
| In re: The Lorice T. Wallace Revocable Trust dated December 26, 1974, as restated effective October 5, 1993 and as amended on February 12, 1998, the Lorice T. Wallace Irrevocable Trust dated February 8, 1996, and the Lorice T. Wallace Irrevocable Trust dated September 11, 1992, also known as the Lorice T. Wallace Life Insurance Trust, and the Lisa Frances Wallace Discretionary Spendthrift Trust. | ) ) ) ) ) ) ) ) ) ) ) | Oklahoma Supreme Court Case No. 101511<br><br>Appeal from Tulsa County (Oklahoma) Case No. PT-2002-56<br><br>Indirect Contempt of Court |
| Ronald J. Saffa and The Trust Company of Oklahoma, | ) ) ) | |
| Petitioners-Appellees, | ) ) | |
| vs. | ) ) | |
| Stephen P. Wallace, | ) ) | |
| Respondent-Appellant | ) | |

**ORDER REMANDING ACTION AND DISMISSING COMPLAINT**

Before the Court is the Motion to Remand, or, in the Alternative, Motion to Dismiss, filed by Defendants The Trust Company of Oklahoma, Ronald J. Saffa, James E. Poe, and James C. Milton. Upon review of the Motion to Remand, the Court finds, and it is hereby

ordered, that Oklahoma Supreme Court Case No. 101511 is improperly removed and should be remanded to the Oklahoma Supreme Court. The Clerk is directed to transmit this Order Remanding Action to the Clerk of the Oklahoma Supreme Court, along with a photocopy of the pleadings and other papers filed herein.

The Court further orders that to the extent that the Complaint filed in this action attempts to assert new claims against the Defendants, such claims should be and are hereby dismissed for improper venue and for a lack of subject-matter jurisdiction, on the basis that the District Court of Tulsa County has already assumed jurisdiction over the res of the subject trusts.

Accordingly, this action is REMANDED to the Oklahoma Supreme Court, and the Complaint filed herein is DISMISSED to the extent that it asserts new claims against the Defendants.

Dated this _____ day of _____, 2006.

_____
U.S. DISTRICT JUDGE
REGGIE B. WALTON

Copies to:

Jennifer L. Sarvadi  (D.C. Bar No. 490475)
225 Reinekers Lane, Suite 700
Alexandria, VA 22314
703-684-8007
703-684-8075 (facsimile)

Stephen E. Wallace
6528 E. 101st Street, D-1 #304
Tulsa, Oklahoma  74133
*Pro Se*