```
                                                              RECEIVED
         UNITED STATES DISTRICT COURT                         AUG 2 3 2006
             DISTRICT OF COLUMBIA
                                    )                    NANCY MAYER WHITTINGTON, CLERK
STEPHEN P. WALLACE, an individual   )   Case No. 1:06cv00402    U.S. DISTRICT COURT
                                    )   Honorable Reggie B. Walton
        Plaintiff,                  )
                                    )
                                    )
                                    )
Vs.                                 )
                                    )
                                    )
                                    )
Ronald J. Saffa, James C. Milton,   )
James E. Poe, And Directors & Shareholders )
Of Trust Company of Oklahoma,       )
Defendants,                         )
And                                 )
Gregory Frizzell & Joseph Watt      )
Additional Defendants               )
```

## PLAINTIFF'S EMERGENCY MOTION FOR EXTENSION OF TIME TO REPLY TO DENFENDANTS' RESPONSE

On August 15, 2006, Plaintiff mailed his Motion For Extension via Certified Mail (Exhibits 1 & 2).

On August 18, 2006, Plaintiff faxed copy to Defendants' counsel. On August 21, 2006, Plaintiff contacted the Court Clerk via telephone in the above styled case who confirmed non-receipt of Plaintiff's motion which was also verified via www.USPS.com (Exhibit #3).

On August 22, 2006, Plaintiff confirmed that said motion was lost in the U. S. Mail and never reached the U. S. District Court House (Exhibit 4) wherein Plaintiff called opposing counsel, Ms. Sarvadi, to inquire if she would object to a fifteen day extension wherein she stated that she would not object.

Plaintiff respectfully moves the Court to grant Plaintiff until September 12, 2006 to file his Reply to Defendants' Response as this Court has jurisdiction pursuant to **28 Section 1441(b)** and the Oklahoma Courts are disqualified pending the Special House Committee investigations (Exhibit 5).

/s/ Stephen P. Wallace
Stephen P. Wallace
6528 E. 101st, D-1 #304
Tulsa, OK 74133
(918) 694-1870

## CERTIFICATE OF SERVICE

I certify that on the ___ day of August, 2006, I faxed a copy to LeClair Ryan at 222 ReinekersLane, Suite 700, Alexandria, VA 22314

/s/ Stephen P. Wallace
Stephen P. Wallace

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN P. WALLACE, an individual, ) | Case No. 1:06cv00402 |
| ) | Honorable Reggie B. Walton |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| Ronald J. Saffa ) | |
| 6746 South 72nd East Ave. ) | |
| Tulsa, Oklahoma 74133 ) | |
| And ) | |
| James C. Milton ) | |
| 220 E. 20th St. ) | |
| Tulsa, Oklahoma 74119 ) | |
| And ) | |
| James E. Poe ) | |
| 5808 East 63rd St. ) | |
| Tulsa, Oklahoma 74136 ) | |
| And ) | |
| Directors & Shareholders of Trust Company ) | |
| Of Oklahoma ) | |
| 6120 S. Yale, Ste. 1900 ) | |
| Tulsa, Oklahoma 74136 ) | |
| Defendants. ) | |
| And ) | |
| Gregory Frizzell & Joseph Watt ) | |
| Additional Defendants ) | |

## PLAINTIFFS MOTION FOR EXTENSION OF TIME TO REPLY TO DEFENDANTS RESPONSE

Defendants sought a like-kind extension on July 20th, 2006 from the Court and were granted same pursuant to Rule 6 (b) of the Federal Rules of Civil Procedure.
Plaintiffs respectfully request an Extension to Reply to Defendants Response. The Court granted Defendants Motion on July 24, 2006.

Respectfully Submitted,

*/s/ Stephen P. Wallace*
Stephen P. Wallace

### CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of August, 2006 I mailed/ faxed a copy to:

Jennifer L. Sarvadi
Le Clair Ryan
222 Reinekers Lane, Suite 700
Alexandria, VA 22314

*/s/ Stephen P. Wallace*
Stephen P. Wallace

Exhibit "1"

```
===========================================
         SHERIDAN STATION
          TULSA, Oklahoma
             741359998
           3961360035-0098
08/15/2006 (800)275-8777 11:04:45 AM
===========================================
========== Sales Receipt ==========
Product         Sale Unit       Final
Description     Qty   Price     Price
===========================================

39c Purple       1    $0.39     $0.39
Heart PSA
WASHINGTON DC 20001             $0.63
First-Class
1.40 oz.
Certified                       $2.40
Label #:      70060100000317946581
                              ========
   Issue PVI:                   $3.03

                              ==========
Total:                          $3.42

Paid by:
Cash                           $20.00
Change Due:                   -$16.58

Order stamps at USPS.com/shop or
call 1-800-Stamp24.  Go to
USPS.com/clicknship to print
shipping labels with postage.  For
other information call
1-800-ASK-USPS.
Bill#:1000200028123
Clerk:08

All sales final on stamps and postage.
Refunds for guaranteed services only.
     Thank you for your business.
            Customer Copy
```



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

WASHINGTON DC 20001  OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.63 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.03 |

7006 0100 0003 1794 6581

Sent To: Count Clerk U.S. District Court
Street, Apt. No.; or PO Box No.: 333 Constitution Ave NW
City, State, ZIP+4: Washington DC 20001

PS Form 3800, June 2002          See Reverse for Instructions

Exhibit "2"



Home | Help

Track & Confirm

## Track & Confirm

### Search Results

Label/Receipt Number: **7006 0100 0003 1794 6581**
Status: **Acceptance**

Your item was accepted at 11:04 am on August 15, 2006 in TULSA, OK 74135. Information, if available, is updated every evening. Please check again later.

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

POSTAL INSPECTORS   site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust   Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

Exhibit "3"

HTTP://TRKCNFRM1.SMI.USPS.COM/PTSINTERNETWEB/INTERLABEL1...   8/21/2006



Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **7006 0100 0003 1794 6581**
Status: **Acceptance**

Your item was accepted at 11:04 am on August 15, 2006 in TULSA, OK 74135. Information, if available, is updated every evening. Please check again later.

Track & Confirm

Enter Label/Receipt Number.

Notification Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.   *Go >*

POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust           Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

Exhibit "4"

**AL LINDLEY**
State Representative
District 93

CAPITOL:
2300 N. Lincoln Blvd.
State Capitol Building
Room 328A
Oklahoma City, OK 73105-4885
(405) 557-7371

HOME:
2529 S.W. 55th Street
Oklahoma City, OK 73119
(405) 681-8352



# House of Representatives

STATE OF OKLAHOMA
DISTRICT 93

COMMITTEES:

MEMBER:

*Revenue and Taxation*
Rules

Health & Human Services
Ranking Democrat

July 24, 2006

Speaker Todd Hiett
House of Representatives
2300 N. Lincoln
Oklahoma City, OK 73105

Dear Speaker Hiett:

Recently I received a copy of a Petition of Judicial Impeachment from Stephen P. Wallace representing Lisa F. Wallace. The petition calls for Articles of Impeachment upon Oklahoma Supreme Court Chief Justice Joseph Watt, Tulsa County Presiding District Judge Gregory Frizzell and Tulsa County District Judge Ronald Shaffer.

The petition contains very serious allegations that should be examined by as Special House Committee appointed by your office and under the direction of the Oklahoma State Constitution. It is my opinion that naming a Special House Committee to examine the alleged charges is the most appropriate avenue to resolve the matter.

I look forward to your timely reply.

Sincerely,

Al Lindley
State Representative
District 93

AL/lj

Exhibit "5"