UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN P. WALLACE, an individual, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Ronald J. Saffa )<br>6746 South 72nd East Ave. )<br>Tulsa, Oklahoma 74133 )<br>And )<br>James C. Milton )<br>220 E. 20th St. )<br>Tulsa, Oklahoma 74119 )<br>And )<br>James E. Poe )<br>5808 East 63rd St. )<br>Tulsa, Oklahoma 74136 )<br>And )<br>Directors & Shareholders of Trust Company )<br>Of Oklahoma )<br>6120 S. Yale, Ste. 1900 )<br>Tulsa, Oklahoma 74136 )<br>Defendants. )<br>And )<br>Gregory Frizzell & Joseph Watt )<br>Additional Defendants ) | Case No. 1:06cv00402<br>Honorable Reggie B. Walton<br><br>**RECEIVED**<br><br>AUG 2 4 2006<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## PLAINTIFFS MOTION FOR EXTENSION OF TIME TO REPLY TO DEFENDANTS RESPONSE

Defendants sought a like-kind extension on July 20th, 2006 from the Court and were granted same pursuant to Rule 6 (b) of the Federal Rules of Civil Procedure.
Plaintiffs respectfully request an Extension to Reply to Defendants Response. The Court granted Defendants Motion on July 24, 2006.

Respectfully Submitted,

*/s/ Stephen P. Wallace*
Stephen P. Wallace

### CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of August, 2006 I mailed/ faxed a copy to:

Jennifer L. Sarvadi
Le Clair Ryan
222 Reinekers Lane, Suite 700
Alexandria, VA 22314

*/s/ Stephen P. Wallace*
Stephen P. Wallace