AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Stephen P. Wallace

V.

Ronald Saffa, James Milton, James Poe and Trust Co. of Oklahoma, its shareholders and directors

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:06CV00402-RBW

TO: (Name and address of Defendant)

Gregory Frizzell
500 S. Denver - Room #706
Tulsa, OK. 74103

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ~~ATTORNEY~~ (name and address)

Stephen P. Wallace
6528 E. 101st D-1 #304
Tulsa, OK. 74133

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

_____    7/17/06
CLERK                                DATE

T. Davis
(By) DEPUTY CLERK

**UNITED STATES POSTAL SERVICE®**

Home | Help

### Track & Confirm

**Track & Confirm**

#### Search Results

Label/Receipt Number: 0304 1560 0004 7250 0203
Detailed Results:

- Delivered, September 07, 2006, 8:36 am, TULSA, OK 74103
- Acceptance, September 06, 2006, 2:06 pm, BETHANY, OK 73008

( < Back )   ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

#### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust            Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do    9/11/2006