AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Stephen P Wallay

**SUMMONS IN A CIVIL CASE**

V.

Ronald Saffa, James Milton, James Poe and Trust Co. of Oklahoma, its Shareholders & Directors

CASE NUMBER: 1:06CV00402-RBW

TO: (Name and address of Defendant)

Joseph M. Watt
2300 N. Lincoln Blvd.
State Capitol – Room 245
Oklahoma City, Ok. 73105

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ (name and address)

Stephen P. Wallace
6528 E. 101st D-1 #304
Tulsa, Ok. 74133

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                             7/17/06
CLERK                                                DATE

T. Davis
(By) DEPUTY CLERK


**UNITED STATES POSTAL SERVICE®**

Home | Help

**Track & Confirm**

## Track & Confirm

### Search Results

Label/Receipt Number: 0304 1560 0001 5596 1383
Detailed Results:

- Delivered, September 07, 2006, 12:10 pm, OKLAHOMA CITY, OK 73105
- Arrival at Unit, September 07, 2006, 8:45 am, OKLAHOMA CITY, OK 73105
- Acceptance, September 06, 2006, 2:07 pm, BETHANY, OK 73008

( < Back )          ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )

---

POSTAL INSPECTORS         site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust                  Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.
Article Sent To: (to be completed by mailer)

DELIVERY CONFIRMATION NUMBER: 0304 1560 0001 5596 1383

Joseph M Watt
2500 N Lincoln
OKC, Ok 73105

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com®
or call 1-800-222-1811

Postmark Here
SEP - 6 2006

CHECK ONE (POSTAL USE ONLY)
☑ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel
(See Reverse)

PS Form 152, May 2002