RECEIVED
SEP 1 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In The District Court of the United States
For the District of Columbia

Stephen P. Wallace, )
 )
    Plaintiff, )
 )
Vs. ) Case number 1:06CV00402(RBW)
 )
Ronald J. Saffa, et al. )
 )
    Defendants. )

Brief opposition to Jennifer L. Sarvadi's "**MOTION TO REMAND, OR, IN THE ALTERNATIVE, MOTION TO DISMISS, AND COMBINED BRIEF**"/answer to the jurisdictional challenge

<u>Brief in opposition</u>

1. Jennifer L. Sarvadi's motion to remand imposes on this court to presume facts not in evidence, to deprive Stephen P. Wallace of both substantive and procedural due process; and, Sarvadi fails to show this court that the pending proceedings are in any way prejudicial to the rights of Sarvadi's putative clients.

<u>Facts not in evidence</u>

2. So-called "Exhibit K": This court is noticed: Although the order lacks authentication as required at F.R.E. 901(a), the document, even if authenticated is a facially void order as Oklahoma State District Court judges lack authority to prevent a party from accessing any court anywhere. The putative restraining order is not only a classic example of the overreaching and crass arrogance which has fomented a move for judicial reform in the United States House of Representatives but is a blatant violation of federal law by miscreants Saffa, Milton, Poe, and co-conspirator Gregory K. Frizzell, to wit:

1

*18 USC* Sec. *241*   01/19/04   TITLE 18 - CRIMES AND CRIMINAL PROCEDURE PART I – CRIMES CHAPTER 13 - CIVIL RIGHTS   Sec. 241. Conspiracy against rights.  If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or, If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured - They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

It should shock the conscience of this court that the gang of mischief makers constituted as Saffa, Milton, Poe, and co-conspirator Gregory K. Frizzell insult the integrity of this court by presuming that this court will violate federal law, to wit:

*18 USC* Sec. *3*   01/19/04,   TITLE 18 - CRIMES AND CRIMINAL PROCEDURE PART I – CRIMES, CHAPTER 1 - GENERAL PROVISIONS, Sec. 3. Accessory after the fact Whoever, knowing that an offense against the United States has been committed, receives, relieves, comforts or assists the offender in order to hinder or prevent his apprehension, trial or  punishment, is an accessory after the fact. Except as otherwise expressly provided by any Act of Congress, an accessory after the fact shall be imprisoned not more than one-half the maximum term of imprisonment or

(notwithstanding section 3571) fined not more than one-half the maximum fine prescribed for the punishment of the principal, or both; or if the principal is punishable by life imprisonment or death, the accessory shall be imprisoned not more than 15 years.

This court is particularly noticed of the egregious demeanor of Saffa, Milton, Poe, and co-conspirator Gregory K. Frizzell who insult this court by expecting this court to tolerate Saffa, Milton, Poe, and co-conspirator Gregory K. Frizzell's punishment of a "darkey" – Stephen P. Wallace.

Sarvadi's fraud on this court continues in Sarvadi's so-called exhibit L; "L" lacks authentication and merely regurgitates Saffa, Milton, Poe, and co-conspirator Gregory K. Frizzell's hatred of darkey Stephen P. Wallace vented through Saffa, Milton, Poe, and co-conspirator Gregory K. Frizzell unlawful contempt proceedings, See Stephen P. Wallace's exhibits "A", "B", "C", and "D". The matters referenced in the exhibits reveal crimes committed by the defendants; the matters are *re ipsa loquitur.*

The sum total of the reminder of Sarvadi's so-called statement of facts is nothing more and nothing less than a collection of waste paper for want of authentication required at F.R.E. *r* 901(a); and, even if authenticated, only serve to prove Stephen P. Wallace's case that Stephen P. Wallace's substantive and procedural due process rights have been abridged.

3. Sarvadi has failed to show this court any admissible evidence demonstrating prejudice to the rights of Sarvadi's putative clients; as such, Sarvadi's motion to remand is a substantive and procedural nullity which must be denied as a matter of law.

## Response to Sarvadi's challenge to this court's jurisdiction

4. This court has subject matter jurisdiction to hear this case under authority of 28 U.S.C. § 1443(1) and (2) and in consideration of the testimony of Stephen P. Wallace *infra*. This court is noticed: Stephen P. Wallace's claims warrant *strict scrutiny* of Saffa, Milton, Poe, and co-conspirator Gregory K. Frizzell's conspired to acts under color of Oklahoma's state laws revealing both a *suspect classification* and questions of *fundamental constitutional rights*. Submitted: the time to bring an end to lynching, whether actual or figuratively speaking, in Oklahoma is long overdue.

## Affidavit of Stephen P. Wallace

I, Stephen P. Wallace, of age and competent to testify, state as follows based on my own personal knowledge:

(1). I am of one of four heirs to the estate of my parents.
(2). My parents placed substantially all their property in trusts for the benefit of their children.
(3). Ronald J. Saffa, James E. Poe, James C. Milton, and Gregory Frizzell have usurped the lawful authority of the trusts my parents established for myself and my siblings.
(4). Ronald J. Saffa, James E. Poe, James C. Milton, and Gregory Frizzell have adversely dominated the trusts established for the benefit of myself and my siblings.
(5). Ronald J. Saffa, James E. Poe, and James C. Milton, aided principally by Gregory Frizzell, have converted millions of dollars from the trusts established for the benefit of myself and my siblings.
(6). Ronald J. Saffa, James E. Poe, James C. Milton, and Gregory Frizzell have repeatedly refused to give and accounting of the property contained in trusts established by the benefit of myself and my siblings.
(7). Originally, by and through counsel and later on my own behalf, I have sought an accounting of the assets of the trust established for the benefit of myself and my siblings but have been blocked by Ronald J. Saffa, James E. Poe, James C. Milton, and Gregory Frizzell and even the Supreme Court of Oklahoma.
(8). I have been sentenced to prison by Gregory Frizzell at the request of Ronald J. Saffa, James E. Poe and James C. Milton for merely requesting a full and independent accounting of the assets in the trusts established for the benefit of myself and my siblings.
(9). One of the attorneys who previously represented me in the matter was fined $6,000.00 by the Oklahoma Supreme Court for daring to request an accounting of the assets in the trusts established for the benefit of myself and my siblings.
(10). I have been denied due process by all the courts, state and federal, in Oklahoma.
(11). I will never receive a fair hearing in any Oklahoma court.

4

(12). I fear that the exposure of the corruption in Oklahoma's courts including the pending, sponsored petition for the impeachment of Oklahoma's Supreme Court Chief Justice will cost me my life.

                                                  Stephen P. Wallace

STATE OF OKLAHOMA       INDIVIDUAL ACKNOWLEDGMENT
COUNTY OF _Oklahoma_

Before me, the undersigned, a Notary Public in and for said County and State on this _11th_ day of _September_, 2006, personally appeared _Stephen P Wallace_ to me known to be the identical person who executed the within and foregoing instrument and acknowledged to me that he executed the same as his free and voluntary act.

Given under my hand and seal the day and year last above written.

My commission expires _____

    WENDY WILLIAMS
    Notary Public
    State of Oklahoma
Commission # 00019395  Expires 12/02/08

                                                  Notary Public

Prepared and submitted by: _____
                                    Stephen P. Wallace

                                Certificate of mailing

I, Stephen P. Wallace, certify that September 11th, 2006, I mailed a true and correct copy of the above and foregoing brief and answer to: Jennifer L. Sarvadi, 225 Reinekers Lane, Suite 700, Alexandria, Virginia 22314.

Stephen P. Wallace

Copies to: The NAACP and Arab American Institute