

# IN THE DISTRICT COURT OF TULSA COUNTY
## STATE OF OKLAHOMA

IN RE: Ronald J. Saffa and Trust Company of Oklahoma, ) 
Interim successor trustees,   ) Case No. PT-2002-56
  )
  Plaintiffs  )
  )
vs.  )  Chief Judge Gillert
  )  Judge Frizzell
LORICE T. WALLACE REVOCABLE TRUST  )
Dated December 26, 1974.  )
  )
  Defendant Beneficiary

### REQUEST FOR THE COURT TO TAKE JUDICIAL NOTICE THAT DEFENDANT BENEFICIARY HAS PURGED CONTEMPT OF COURT CHARGES AND MOTION FOR ORDER DISMISSING CITATION FOR CONTEMPT

Comes now Stephen P. Wallace, and requests the Court to take Judicial Notice that Defendant Beneficiary has dismissed the U.S. District Court Case No. 1: 04CV-713 in the District of Columbia (Exhibit A) and the U.S. Court of Appeals for the D.C. Circuit-District of Columbia Case No. 04-5293 (Exhibit B).

Wallace further moves the Court for an ORDER dismissing the Citation for Contempt charges, sua sponte and instanter, to avoid witnesses from traveling out of town as these trial proceedings are moot.

### Verification

I swear and affirm that the information is true to the best of my knowledge.

State of Oklahoma  
County of Tulsa

Stephen P. Wallace  
6528 E. 101st, D-1 #304  
Tulsa, OK 74137  
(918) 694-1...

*[Notary seal: MARGARITE O'BANNON, NOTARY PUBLIC - OKLAHOMA, TULSA COUNTY, My Comm. Expires April 30, 2008]*

Margarite O'Bannon  
9/8/04

Sally Howe Smith, Court Clerk, for Tulsa County, Oklahoma, hereby certify that the foregoing is a true, correct and full copy of the instrument herewith set out as appears on record in the Court Clerk's Office of Tulsa County, Oklahoma, this OCT 05 2005  
By Brenda J. Corsett, Deputy

**EXHIBIT A**

## Certificate of Service

      I hereby certify that on this 8th day of September 2004, a copy was hand delivered to:

James Poe  
Covington & Poe  
111 West 5th, Suite 740  
Tulsa, OK 74103

James Milton  
Doerner Saunders  
320 S. Boston  
Tulsa, OK 74103

Judge Gregory Frizell  
Tulsa, County

*Stephen P. Wallace*  
Stephen P. Wallace

U.S. COURT OF APPEALS
D.C. CIRCUIT
SEP - 8 2004
RECEIVED

# UNITED STATES COURT OF APPEALS FOR THE D.C. CIRCUIT DISTRICT OF COLUMBIA

LISA F. WALLACE, a developmentally disabled person, )
by and through her next friend, STEPHEN P. WALLACE; )
STEPHEN P. WALLACE, et al. )
        Pauperis/Pro Se Plaintiffs, )
)
V. )
)    CASE NO: 04-5293
)
Department of Human Services, et al, )
        Defendants. )

## DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiffs and dismiss their Complaint/Petition without prejudice.

*/s/ Stephen P. Wallace*

Lisa F. Wallace, by and through her next friend,
Stephen P. Wallace, et al.
6528 E. 101st Street, D-1 #304
Tulsa, Oklahoma 74133
(918) 694-1870

### VERIFICATION

I, Stephen P. Wallace, Trustee and an undersigned Plaintiff and next friend of Plaintiff, Lisa F. Wallace, in the above captioned case, do hereby solemnly swear, affirm and verify that the foregoing information in the instrument is true and correct to the best of my knowledge and belief.

*/s/ Stephen P. Wallace*
Lisa F. Wallace, by Stephen P. Wallace

STATE OF OKLAHOMA )
                   ) SS:
COUNTY OF TULSA )

I, the undersigned Notary Public, in and for the County and State aforesaid, do hereby certify Stephen P. Wallace, personally known to me to be the same person whose name is subscribed to the foregoing instrument. Given under my hand and official seal this 8th day of September 2004.

*/s/ Julie Fulton*
Notary Public

JULIE FULTON
Commission Expires: 5/21/2008
Notarial Seal
Commission No.: 8248

**EXHIBIT A**