## DECLARATION OF JAMES C. MILTON

1. My name is James C. Milton. I am counsel of record for The Trust Company of Oklahoma in a number of litigation matters involving Stephen Paul Wallace, including but not limited to *In re Lorice T. Wallace Revocable Trust, et al.*, Case No. PT-2002-56, in the District Court of Tulsa County, State of Oklahoma, and *Stephen Paul Wallace v. Ronald J. Saffa, et al.*, Case No. 101511, in the Oklahoma Supreme Court. I make this Declaration based upon my personal knowledge.

2. I am an attorney licensed to practice law in the State of Oklahoma, in the U.S. District Courts for the Northern, Western, and Eastern Districts of Oklahoma, in the U.S. Court of Appeals for the Tenth Circuit, and in the U.S. Supreme Court. I am a partner with the law firm of Doerner, Saunders, Daniel & Anderson, L.L.P.

3. Exhibits "A" through "O" to the Motion to Remand filed in this action on August 10, 2006 are what they appear to be: photocopies of litigation documents obtained by my law firm either as a result of service of those documents on my office or as a result of requesting such documents from the clerks of the courts in which the documents were filed.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 19th day of September, 2006.

    /s/ James C. Milton  
James C. Milton