UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN P. WALLACE, an individual ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> Vs. ) <br> ) <br> ) <br> ) <br> Ronald J. Saffa, James C. Milton, ) <br> James E. Poe, And Directors & Shareholders ) <br> Of Trust Company of Oklahoma, ) <br> Defendants, ) <br> And ) <br> Gregory Frizzell & Joseph Watt ) <br> Additional Defendants ) | Case No. 1:06cv00402 <br> Honorable Reggie B. Walton <br><br> **RECEIVED** <br> SEP 2 5 2006 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |

## PLAINTIFF'S OBJECTION TO DEFENDANTS SHAM REPLY BRIEF PLEADING OF SEPTEMBER 19, 2006 AND MOTION TO STRIKE SHAM PLEADING IN VIOLATION OF FRCP

PLAINTIFF alleges and states as follows:

1.) Plaintiff complied with this Court's ORDER to file his Reply Brief on or before September 12, 2006 (Exhibit I).
2.) On September 14, 2006, Plaintiff faxed a copy to opposing counsel to assure service compliance.
3.) Enclosed in the September 11, 2006 Federal Express packet were:
   A.) return of proof of summon service on Defendants Watt & Frizzell
   B.) Plaintiff's Brief in Opposition to Defendant's Motion to Remand with four (4) supporting Exhibits that the Judgement and Sentence was VOID on its face.
   C.) Plaintiffs Motion for Summary Judgement and Brief in Support that Defendants, acting in concert, are in violation of 18 U.S.C. Section 241. and
   D.) Plaintiff's MEMORANDUM supporting his Motion for Summary Judgement for Defendant's fatal error of failing to provide an Affidavit under Penalty of Perjury.
4.) Defendants have not only clearly demonstrated anti-semitism and denial of due process against Plaintiff, but have now violated the FRCP by attempting to sneak a Reply into the Record and commit fraud/deceit upon this Court and the F.R.C.P.

Wherefore Plaintiff objects to said sham pleading and moves the Court to STRIKE the September 19, 2006 so-called Reply by Defendants as in violation of the F.R.C.P. and grant Plaintiff's Motion for Summary Judgement as Defendants could not DENY Plaintiff's FACTS and Affidavits thus the allegations are confessed as TRUE.

Plaintiff prays the Court will enjoin Defendants from any further predatory and discriminatory actions upon Plaintiff and ORDER Defendants to submit to the forensic audit by Dana Cole & Company which will confirm U. S. Federal income tax evasion via ENRON style off-balance sheet/off-shore criminal activity (Exhibits II, III, & IV).

*Stephen P. Wallace*

State of Oklahoma
County of Oklahoma

I swear/affirm the foregoing is true and commit to the best of my knowledge.

Before me appeared Stephen P. Wallace and executed this document.

*Notary Public*

Stephen P. Wallace

### CERTIFICATE OF SERVICE

I certify that on the 25th of September, 2006, I mailed a copy to: Jennifer Sarvardi
225 Reinekers Lane
Alexandria, VA 22314

Arab American Institute

NAACP

*Stephen P. Wallace*