RETAIN THIS COPY FOR YOUR RECORDS

**FedEx** Express  US Airbill

FedEx Tracking Number  8583 3026 7357

**1 From** Please print and press hard.

Date 9/11/06

Sender's FedEx Account Number

Sender's Name  Stephen Wallace    Phone ( 918 ) 694-1820

Company

Address 6528 E. 101st D-1 #304

City Tulsa    State OK    ZIP 74133

**2 Your Internal Billing Reference**
First 24 characters will appear on invoice.

**3 To**

Recipient's Name  Court Clerk    Phone ( 202 ) 354-3000

Company U.S. District Court for District of Columbia

Recipient's Address 333 Constitution Ave., N.W.

City Washington    State DC    ZIP 20001

**4a Express Package Service**    Packages up to 150 lbs.

- [X] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx First Overnight

- [ ] FedEx 2Day
- [ ] FedEx Express Saver

**4b Express Freight Service**    Packages over 150 lbs.

- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

**5 Packaging**

- [X] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling**

- [ ] SATURDAY Delivery
- [ ] HOLD Weekday at FedEx Location
- [ ] HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?

- [X] No
- [ ] Yes As per attached Shipper's Declaration
- [ ] Yes Shipper's Declaration not required
- [ ] Dry Ice
- [ ] Cargo Aircraft Only

**7 Payment** Bill to:

- [ ] Sender
- [ ] Recipient
- [ ] Third Party
- [X] Credit Card
- [ ] Cash/Check

Total Packages    Total Weight    Total Declared Value $ ___ .00

**8 NEW Residential Delivery Signature Options**

- [ ] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

Rev. Date 9/05 Part #158281 ©1994–2005 FedEx PRINTED IN U.S.A SRY

520

40.00

EXHIBIT
I

Case 1:06-cv-00402-RBW     Document 21-2     Filed 09/25/2006     Page 2 of 2

Track Shipments                                                    (?) Quick Help
## Detailed Results

| | | | |
|---|---|---|---|
| **Tracking number** | 858330267357 | **Delivered to** | Shipping/Receiving |
| **Signed for by** | L.PRICE | **Service type** | Priority Pak |
| **Ship date** | Sep 11, 2006 | **Weight** | 2.0 lbs. |
| **Delivery date** | Sep 12, 2006 9:59 AM | | |
| **Status** | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Sep 12, 2006 | 9:59 AM | **Delivered** | | |
| | 8:51 AM | On FedEx vehicle for delivery | WASHINGTON, DC | |
| | 7:36 AM | At local FedEx facility | WASHINGTON, DC | |
| | 5:32 AM | At dest sort facility | DULLES, VA | |
| | 4:16 AM | Departed FedEx location | MEMPHIS, TN | |
| | 12:53 AM | Arrived at FedEx location | MEMPHIS, TN | |
| Sep 11, 2006 | 7:02 PM | Left origin | OKLAHOMA CITY, OK | |
| | 5:57 PM | Picked up | OKLAHOMA CITY, OK | |

[ Signature proof ]   [ Email results ]   [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:** [                    ]     **Your Email Address:** [                    ]

| Email address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| [          ] | English | | ☐ |
| [          ] | English | | ☐ |
| [          ] | English | | ☐ |
| [          ] | English | | ☐ |

**Select format:** ⦿ HTML   ◯ Text   ◯ Wireless
**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and      [ Submit ]
    Conditions