ROMA JAGE
1153 OVERTON COURT
NAPERVILLE, ILLINOIS 60540
TELEPHONE 630-527-0638
CELL PHONE 630-205-3192

OCTOBER 4, 2005

William B. Harrison
J.P. Morgan Chase & Co.
270 Park Avenue
New York NY 10017
VIA FAX 212-270-6522

Jeff King, Managing Director
J.P. Morgan Private Client Services
420 Throckmorton
Ft. Worth, TX 76201
VIA FAX (817) 884-4012

Tom Wilkins
Trust Company of Oklahoma
5727 S. Lewis Avenue
Tulsa, OK 74105
VIA FAX (918) 744-5088

Ronald J. Saffa
3501 S. Yale Avenue
Tulsa, OK 74136
VIA FAX (918) 663-1383

Gentlemen:

    Pursuant to and conforming to the terms of Mr. Ron Saffa's August 16, 2005 letter attached hereto, I accept the offer Mr. Saffa has made to provide the accounting on your behalf for an audit to be conducted by Dana F. Cole & Company, L.L.P., 1248 O Street, Suite 500, Lincoln, Nebraska 68508. Arrangements have been made with them. Accordingly please contact Ms. Dianne Haberlan at (402) 479-9300 immediately and commence transmission of all documents per her written instructions and log-in verifications. Ms. Haberlan will contact each of you directly by facsimile and by U.S. Mail.

Thank you.

_Mary Roma Jage_
Mary Roma Jage

Enclosure
Cc:   Ms. Dianne Haberlan, Dana Cole & Co.,
       VIA FAX 402-479-9315

EXHIBIT III