DANA F. COLE & COMPANY, LLP
CERTIFIED PUBLIC ACCOUNTANTS
1248 O STREET, SUITE 500
LINCOLN, NEBRASKA 68508

October 6, 2005

Ronald J. Saffa
3501 S. Yale Avenue
Tulsa, OK 74136

Tom Wilkins
Trust Company of Oklahoma
5727 S. Lewis Avenue
Tulsa, OK 74105

William B. Harrison
J.P. Morgan Chase & Co.
270 Park Avenue
New York, NY 10017

Jeff King, Managing Director
J.P. Morgan Private Client Services
420 Throckmorton
Ft. Worth, TX 76201

Gentlemen:

Pursuant to instructions from Mary Roma Jage in her letter to you dated October 5, 2005, we are requesting all documents as listed in the attached Exhibit "A" Document Request for certain trusts and a partnership established by Frank A. Wallace and Lorice T. Wallace, both deceased.

Please send legible copies of the requested documents via U.S. mail. Please include a written listing of the contents with each separate package that is signed and dated by you. We will inspect and log in the contents of each package, noting any items not included or additional material that is included, and return your written, signed and dated listing of the contents with our signature and the date we received it. Please retain the originals of all the requested documents in your files for verification at a later date.

Our mailing address is Dana F. Cole & Company, LLP, 1248 "O" Street, Suite 500, Lincoln, Nebraska 68508. Please send the requested documents to my attention.

We appreciate your cooperation in this matter.

Yours truly,

*Dianne K. Haberlan*

DIANNE K. HABERLAN
For the Firm

e-mail: haberlan@danacole.com
direct line: 402-479-9318

DKH:laf

cc: Mary Roma Jage

---

Nebraska

Kansas

Michigan

Missouri

Wyoming

www.danacole.com

Principal Office:
1248 O Street, Suite 500
Lincoln, NE 68508
402/479-9300
Fax 402/479-9315

FILE COPY

EXHIBIT IV