**Stephen P. Wallace**
6528 E. 101st, D-1, #304
Tulsa, Oklahoma 74133
918-694-1870

September 18, 2006
Via Fax
(202) 354-3292
(3 pages)

**URGENT**

US Judge Walton
District of Columbia
c/o Ms. Williams
    Mr. Cohen

Attn: Chambers of Judge Walton

    Enclosed please find the Priority Fed Ex airway bill and delivery confirmation whereby L. Price signed for Plaintiffs (3) Pleadings and (2) Return of Summons @ 9:59 a.m. on September 12, 2006 per Order of Judge Walton.
    Ms. Davis, the Docket Clerk, told me this morning that the Fed Ex did not arrive until September 13, 2006 and still had <u>not</u> been filed of Record which would cause a "default judgment." Please have your internal affair department review the logistics problem as I am a pauperis/pro se Plaintiff seeking a level playing field to demonstrate the injustice done to me.

Thank you,

*Stephen P. Wallace*
Stephen P. Wallace

Enclosures

06CV402