UNITED STATE DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN P. WALLACE, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Case No. 1:06CV00402-RBW** |
| ) | |
| RONALD J. SAFFA, an individual, ) | |
| JAMES C, MILTON, an individual, ) | |
| JAMES E. POE, an individual, ) | |
| TRUST COMPANY OF OKLAHOMA, ) | |
| Corporately, and its shareholders and ) | |
| directors, and GREGORY FRIZZELL, ) | |
| an individual, and JOSEPH WATT, ) | |
| an individual, ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

To the Clerk of the Court and all parties of Record:

    Enter my appearance in this case as counsel of record for Defendants Honorable Joseph M. Watt and Honorable Gregory K. Frizzell.

    I certify that I am admitted to practice in this Court pursuant to LCvR83.2(f).

                                        Respectfully submitted,

                                        s/ Stephen J. Krise
                                        **STEPHEN J. KRISE, OBA #17948**
                                        Assistant Attorney General
                                        Oklahoma Attorney General's Office
                                        Litigation Section
                                        313 N. E. 21st Street
                                        Oklahoma City, Oklahoma  73105
                                        Tele: (405) 521-4274   Fax: (405) 521-4518
                                        Stephen_Krise@oag.state.ok.us

                                        Attorney for Honorable Joseph M. Watt and
                                        Honorable Gregory K. Frizzell

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 19, 2006, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant(s):

    Jennifer L. Sarvadi (D.C. Bar No. 490475)
    Leclair Ryan, PC
    225 Reinekers Lane, Suite 700
    Alexandria, VA   22314
    *Counsel for Defendants Saffa, Milton, Poe,*
    *and the Trust Company of Oklahoma*

      I further certify that on October 19, 2006, I served by U.S. Mail, postage prepaid, the following person who is not a ECF registrant:

    Stephen P. Wallace
    6528 E. 1st Street, D-1 #304
    Tulsa, Oklahoma   74133
    Plaintiff *Pro Se*

                                          s/ Stephen J. Krise
                                          Stephen J. Krise