UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN P. WALLACE, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-06-402 RBW |
| ) | |
| RONALD J. SAFFA, et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is the Joint Motion to Vacate Entry of Default of Defendants, Oklahoma Supreme Court Chief Justice Joseph Watt and Tulsa County Presiding District Judge Gregory Frizzell. After considering the relevant law, and inconsideration of the arguments presented by the Defendants and for good cause shown, the Court finds that Defendants' Joint Motion to Vacate Entry of Default should be and hereby is GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, that the clerk's entry of default as to Defendants Watt and Frizzell is vacated and set aside.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that Defendants Watt and Frizzell are granted an extension of time to answer or plead in response to Plaintiff's Amended Complaint (Dkt. No. 6) until such time as they are properly served pursuant to Fed. R. Civ. P. 4.

Dated this_____day of_____, 2006.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE