UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

STEPHEN P. WALLACE, and individual, )
6528 E. 1st Street, D-1 #304 )
Tulsa, Oklahoma 74133 )
       Plaintiff, )
Vs. ) Case No. 1:06CV00402-RBW
)
Ronald J. Saffa, an individual, James C. )
Milton, an individual, James E. Poe, an )
individual, Trust Company of Oklahoma, )
Corporately, and its shareholders and )
directors, )
)
and Gregory Frizzell, an individual, )
and Joseph Watt, an individual, )
)
       Defendants. )

**RECEIVED OCT 2 3 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT**

<u>Stephen P. Wallace's motion for a prove up hearing regarding damages
to be assigned relative to the undisputed facts of this instant case</u>

October 10th, 2006, the clerk of court for the District of Columbia entered the

Clerk's Entry of Default in re: defendants Gregory Frizzell and Joseph Watt.

<u>The undisputed facts of this case include:</u>

(1). Plaintiff is one of four heirs to the estate of his parents.

(2). Plaintiff's parents placed substantially all their property in trusts for the benefit of their children.

(3). Ronald J. Saffa, James E. Poe, James C. Milton, and Gregory Frizzell usurped the lawful authority of the trusts plaintiff's parents established for the benefit of plaintiff and plaintiff's siblings.

(4). Ronald J. Saffa, James E. Poe, James C. Milton, and Gregory Frizzell adversely dominated the trusts established for the benefit of the plaintiff and the plaintiff's siblings.

(5). Ronald J. Saffa, James E. Poe, and James C. Milton, aided principally by Gregory Frizzell, have converted millions of dollars from the trusts established for the benefit of plaintiff and plaintiff's siblings.

1

(6). Ronald J. Saffa, James E. Poe, James C. Milton, and Gregory Frizzell have repeatedly refused to give and accounting of the property contained in trusts established for the benefit of plaintiff and plaintiff's siblings.

(7). Originally, by and through counsel and later on plaintiff's own behalf, plaintiff sought an accounting of the assets of the trust established for the benefit of plaintiff and plaintiff's siblings but has been blocked by Ronald J. Saffa, James E. Poe, James C. Milton, and Gregory Frizzell and even the Supreme Court of Oklahoma.

(8). Plaintiff has been sentenced to prison by Gregory Frizzell at the request of Ronald J. Saffa, James E. Poe and James C. Milton for merely requesting a full and independent accounting of the assets in the trusts established for the benefit of plaintiff and plaintiff's siblings.

The cause of justice shall be served by setting a prove up hearing whereat Stephen P. Wallace shall bring his witnesses and authenticated evidence in support his claim of damages relative to the *undisputed facts of this case.*

Prepared and submitted by: /s/ Stephen P. Wallace

Stephen P. Wallace
6528 E. 101st D-304
Tulsa, Oklahoma 74133
(918) 694-1870

Certificate of service

I, Stephen P. Wallace, certify that October 24th, 2006, I mailed a true and correct copy of the above and foregoing notice to:[1]

Jennifer L. Sarvadi
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314

/s/ Stephen P. Wallace
Stephen P. Wallace

---

1. As of this writing, Gregory Frizzell and Joseph Watt had not entered appearance pro se or through counsel.

2