UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

STEPHEN P. WALLACE, and individual, )
6528 E. 1st Street, D-1 #304 )
Tulsa, Oklahoma 74133 )
    Plaintiff, )
Vs. ) Case No. 1:06CV00402-RBW
 )
Ronald J. Saffa, an individual, James C. )
Milton, an individual, James E. Poe, an )
individual, Trust Company of Oklahoma, )
Corporately, and its shareholders and )
directors, )
 )
and Gregory Frizzell, an individual, )
and Joseph Watt, an individual, )
 )
    Defendants. )

**RECEIVED**
**OCT 3 1 2006**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Stephen P. Wallace's mandatory judicial notice under authority of F.R.E. r 201(d).

This Court is noticed of the following adjudicative facts which are not in dispute

(1). Plaintiff is one of four heirs to the estate of his parents.

(2). Plaintiff's parents placed substantially all their property in trusts for the benefit of their children.

(3). Ronald J. Saffa, James E. Poe, James C. Milton, and Gregory Frizzell usurped the lawful authority of the trusts plaintiff's parents established for the benefit of plaintiff and plaintiff's siblings.

(4). Ronald J. Saffa, James E. Poe, James C. Milton, and Gregory Frizzell adversely dominated the trusts established for the benefit of the plaintiff and the plaintiff's siblings.

1

(5). Ronald J. Saffa, James E. Poe, and James C. Milton, aided principally by Gregory Frizzell, have converted millions of dollars from the trusts established for the benefit of plaintiff and plaintiff's siblings.

(6). Ronald J. Saffa, James E. Poe, James C. Milton, and Gregory Frizzell have repeatedly refused to give and accounting of the property contained in trusts established for the benefit of plaintiff and plaintiff's siblings.

(7). Originally, by and through counsel and later on plaintiff's own behalf, plaintiff sought an accounting of the assets of the trust established for the benefit of plaintiff and plaintiff's siblings but has been blocked by Ronald J. Saffa, James E. Poe, James C. Milton, and Gregory Frizzell and even the Supreme Court of Oklahoma.

(8). Plaintiff has been sentenced to prison by Gregory Frizzell at the request of Ronald J. Saffa, James E. Poe and James C. Milton for merely requesting a full and independent accounting of the assets in the trusts established for the benefit of plaintiff and plaintiff's siblings.

(9). One of the attorneys who previously represented plaintiff in the matter was fined $7,500.00 by the Oklahoma Supreme Court for daring to request an accounting of the assets in the trusts established for the benefit of plaintiff and plaintiff's siblings.

(10). Plaintiff has been denied due process by all the courts, state and federal, in Oklahoma.

(11). Plaintiff will never receive a fair hearing in any Oklahoma court.

(12). Plaintiff fears that the exposure of the corruption in Oklahoma's courts including the pending petition for the impeachment of Oklahoma's Supreme Court Chief Justice will cost plaintiff his life.

Prepared and submitted by: /s/ Stephen P. Wallace

Stephen P. Wallace
6528 E. 101st D-304
Tulsa, Oklahoma 74133
(918) 694-1870

Certificate of service

I, Stephen P. Wallace, certify that Nov. ___, 1st, 2006, I mailed a true and correct copy of the above and foregoing judicial notice to:

Jennifer L. Sarvadi
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314

And

Stephen J. Krise
313 N. E. 21st Street
Oklahoma City, Oklahoma 73105

/s/ Stephen P. Wallace
Stephen P. Wallace

3