UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| *Erroneous caption appearing on removal papers filed by Mr. Wallace:* | ) ) ) | |
| Stephen P. Wallace, an individual, | ) ) | Case No. 1:06CV00402 |
| Plaintiff, | ) ) | Honorable Reggie B. Walton |
| v. | ) ) | |
| Ronald J. Saffa, an individual; James C. Milton, an individual; James E. Poe, an individual; Trust Company of Oklahoma, corporately, and its shareholders and directors, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| *Caption of the removed action:* | ) ) ) | |
| In re: The Lorice T. Wallace Revocable Trust dated December 26, 1974, as restated effective October 5, 1993 and as amended on February 12, 1998, the Lorice T. Wallace Irrevocable Trust dated February 8, 1996, and the Lorice T. Wallace Irrevocable Trust dated September 11, 1992, also known as the Lorice T. Wallace Life Insurance Trust, and the Lisa Frances Wallace Discretionary Spendthrift Trust. | ) ) ) ) ) ) ) ) ) ) ) | Oklahoma Supreme Court Case No. 101511<br><br>Appeal from Tulsa County (Oklahoma) Case No. PT-2002-56<br><br>Indirect Contempt of Court |
| Ronald J. Saffa and The Trust Company of Oklahoma, | ) ) ) | |
| Petitioners-Appellees, | ) ) | |
| vs. | ) ) | |
| Stephen P. Wallace, | ) ) | |
| Respondent-Appellant | ) | |

**ORDER DENYING WALLACE'S MOTION TO PROVE UP HEARING**

   Before the Court is the Plaintiff Stephen P. Wallace's Motion to Prove Up Hearing (Doc. No. 33) and the opposition of the Defendants The Trust Company of Oklahoma, Ronald J. Saffa,

James E. Poe, and James C. Milton filed thereto. Upon review of the papers filed herein, the Court finds that the Motion to Prove UP Hearing should not be granted, and it is hereby

ORDERED that the Motion to Prove Up Hearing (Doc. No. 33) is DENIED.

Dated this _____ day of _____, 2006.

_____
U.S. DISTRICT JUDGE
REGGIE B. WALTON

Copies to:

Jennifer L. Sarvadi  (D.C. Bar No. 490475)
225 Reinekers Lane, Suite 700
Alexandria, VA 22314
703-684-8007
703-684-8075 (facsimile)

Stephen E. Wallace
6528 E. 101st Street, D-1 #304
Tulsa, Oklahoma  74133
*Pro Se*

2